IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: |
| | : |
| v. | : MAGISTRATE NO. :   04-732-M |
| | : |
| AISSATOU PITA BARRY, | : VIOLATIONS: |
| | : |
| Defendant. | : 18 U.S.C. § 1960 |
| | : (Prohibition of Unlicensed Money |
| | : Transmitting Businesses) |
| | : 18 U.S.C. § 982 |
| | : (Criminal Forfeiture) |

## INFORMATION

The United States Attorney informs the Court:

COUNT ONE

From at least on or about October 26, 2001, until on or about November 15, 2004, in the District of Columbia, the defendant, **AISSATOU PITA BARRY,** did unlawfully and knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmission business, Guinex International, Inc., that (i) affected interstate and foreign commerce; (ii) operated without an appropriate money transmitting license in the District of Columbia, where such operation was punishable as a felony under the law of the District of Columbia; and (iii) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section.

**(Prohibition of Unlicensed Money Transmitting Businesses**, in violation of Title 18, United States Code, Section 1960)

## FORFEITURE ALLEGATION

1.	The violation alleged in Count One of this Information is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

2.	As a result of the offense alleged in Count One of this Information, the defendant in this Information shall forfeit to the United States any property involved in, or property traceable to such property involved in, the operation of Guinex International, Inc., an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960, including, but not limited to:

Currency/Funds:

(a)	$26,554.00 in U.S. currency seized, on November 15, 2004, from the office of Guinex International, located at 6856 Eastern Avenue, #209, N.W., Washington, D.C.,

(b)	$10,016.00 in funds seized, on November 22, 2004, from Suntrust Bank account #1000013521207, held in the name of Guinex International;

(c)	$109,648.00 in funds seized, on November 23, 2004, from Chevy Chase Bank account #94376751, held in the name of Guinex International;

(d)	$220 in funds seized, on November 23, 2004, from Suntrust Bank account #1000013521207, held in the name of Guinex International;

(e)	$11,036.00 in funds seized, on November 27, 2004 from Bank One account #631150992, held in the name of Guinex International;

(f)	$66,153.00 in funds seized, on December 1, 2004, from Chevy Chase Bank account #007-2124369; and

    (g)    $50,000.00 in funds seized on May 18, 2005, from Great American Insurance Company, 580 Walnut Street, Cincinnati, Ohio 45202, held as security for bond number 5448945, effective April 29, 2003, in the name of Guinex International, Inc.

3.    By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that the defendant has in property involved in, or property traceable to such property involved in, the operation of Guinex International Inc., an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960, is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(1).

4.    If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value;

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating by reference Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 18, United States Code, Section 982(a)(1) and Title 18, United States Code, Section 982(b)(1))

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

By: _____
        ANGELA G. SCHMIDT
        Assistant United States Attorney
        Texas Bar No. 17764980
        Transnational/Major Crimes Section
        555 4th Street, N.W., 11th Floor
        Washington, D.C.  20530
        (202) 514-7273
        Angela.Schmidt@usdoj.gov