UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal No. 05-0210 |
| **AISSATOU PITA BARRY** | : | |
| Defendant | : | |

### MOTION FOR CONTINUANCE

Comes now the Defendant, AISSATOU PITA BARRY, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully states as follows:

1. The above captioned matter is currently scheduled for a hearing for the Court to consider Defendant's guilty plea under Rule 11(b) on Thursday, June 16, 2005 per the Court's original order in this matter.

2. When the Court set this hearing, undersigned counsel was previously scheduled to be involved in the 3rd day of a 3 day jury trial in the Circuit Court for Montgomery County in the matter of <u>State of Maryland v. Ryan Powell</u>, Case No. 101633, before Judge Donohue.

3. However, counsel was of the belief that the case might resolve and thus hoped to be able to keep the previously plea hearing date before this Honorable Court.

4. Unfortunately, it now appears that the case will not resolve and in compliance with the Court's standing order for criminal cases, undersigned counsel submits this Motion for Continuance.

5. Counsel has consulted with Assistant United States Attorney Angela Schmidt who does not oppose the Motion. The parties hope to consult with this Honorable Court's Deputy Clerk in an effort to clear a date where all parties and the Court are available for this hearing.

**WHEREFORE**, Defendant respectfully requests the following relief:

1. That this Honorable Court grant a continuance of the Rule 11(b) hearing currently scheduled for June 16, 2005.

2. In the alternative, that the Court defer ruling on this Motion until such time as it is confirmed that counsel will be unable to attend the previously scheduled hearing.

3. Such further and additional relief as justice may require.

Respectfully submitted,

RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN, FINCI
AND LEVENSTEIN, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this _____ day of _____, 2005, I mailed, postage prepaid, a copy of the foregoing Motion for Continuance to:

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

                                   RICHARD A. FINCI,  #389841

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**        :

v.                                  :        Criminal No.  05-0210

**AISSATOU PITA BARRY**              :

   **Defendant**                     :

## ORDER

Upon consideration of Defendant's Motion for Continuance of Rule 11(b) hearing and the Government's consent thereto, it is this _____ day of _____, 2005,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that defense counsel shall initiate a conference call with counsel for the Government and the Deputy Clerk of this Court to rescheduled the proceedings in this case.

---

RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

Richard A. Finci, Esquire
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770