UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :   Criminal No. 05-0210    **FILED**

AISSATOU PITA BARRY               :                           JUN 1 4 2005

Defendant                         :                           NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion for Continuance of Rule 11(b) hearing and the Government's consent thereto, it is this _6_ day of _June_, 2005,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that defense counsel shall initiate a conference call with counsel for the Government and the Deputy Clerk of this Court to rescheduled the proceedings in this case.

RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770