UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. : 05-0210 (RMU) |
| : | |
| AISSATOU PITA BARRY, : | |
| : | |
| Defendant. : | |
| : | |

## JOINT MOTION TO CONVERT PLEA HEARING TO STATUS HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant, through counsel, respectfully move this Court to convert the plea hearing currently scheduled for August 11, 2005, to a status hearing. In support of this motion, the parties state as follows:

On May 31, 2005, with the agreement of defense counsel and in anticipation of defendant Barry's entry of a guilty plea in this case, the government filed a one-count Information alleging that defendant Barry had committed the offense of operating an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960, and alleging forfeiture, pursuant to Title18, United States Code, Section 982(a)(1), of any property involved in, or traceable to property involved in, defendant Barry's operation of that unlicensed money transmitting business.

Prior to the filing of the information, the parties conducted extensive negotiations in an effort to determine whether they could reach a plea agreement that would resolve all sentencing and forfeiture issues, several of which involve unsettled questions of law. The parties were unable to reach such an agreement, and the defendant subsequently decided to plead guilty to the information and forfeiture allegation. The parties then would ask the Court to resolve the contested sentencing

and forfeiture issues following a sentencing hearing. In finalizing the factual proffer in support of the anticipated plea, however, the parties have identified a potential stumbling block. Specifically, the defendant may seek to contest whether $66,153.00 in funds seized from one of her bank accounts is property involved in, or traceable to property involved in the operation of her money transmitting business. If the defendant decides to contest that a sufficient nexus for forfeiture exists between these funds and her business operation, then she will be unable to plead guilty to the forfeiture allegation in its entirety. The parties currently are sharing information with each other in an effort to resolve this remaining issue, and respectfully request that the Court allow the parties a few additional weeks to attempt to resolve the matter.

WHEREFORE, for the reasons set forth herein, the parties respectfully request that this Court enter an Order converting the plea hearing currently scheduled for August 11, 2005, to a status hearing, at which time a date for a further status and/or a plea hearing will be set.

Respectfully submitted,

KENNETH L. WAINSTEIN  (DC Bar #451058)
United States Attorney

_____
By:   ANGELA SCHMIDT (Texas Bar #17764980)
Assistant United States Attorney
United States Attorney's Office
Criminal Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7273

CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing Government's Motion for Order of Forfeiture was sent by mail, postage prepaid to counsel for defendant Aissatou Pita Barry, Richard Finci, Esq., 7850 Walker Drive, Suite 160, Greenbelt, MD 20770, on this _____ day of June 2005.

_____
ANGELA SCHMIDT
Assistant United States Attorney