UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. : 05-0210 (RMU) |
| | : | |
| **AISSATOU PITA BARRY,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Upon consideration of the parties' Joint Motion to Convert Plea Hearing to Status Hearing, it is this _____ day of August, 2005,

ORDERED, that the parties' Motion be and hereby is granted, and, it is further,

ORDERED, that the plea hearing currently scheduled for August 11, 2005, hereby is converted to a status hearing.

_____
RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esq.
United States Attorney's Office
District of Columbia
555 Fourth St., N.W.
Washington, D.C.  20530

Richard A. Finci, Esq.
7850 Walker Drive, Suite 160
Greenbelt, MD 20770