UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
            v.                      :    Criminal Action No.: 05-0210 (RMU)
                                    :
  AISSATOU BARRY          ,         :
                                    :
        Defendant(s).                :

**ORDER**

It is this 11 day of August 2005,

**ORDERED** that a  Status  hearing in the above-captioned case shall take place on September 12, 2005 at 2:30pm.

**SO ORDERED**.

FILED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge