CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF** AMERICA            )
                                        )
                                        )
            vs.                         ) Criminal No.05-0210-01(RMU)
                                        )
                                        )
**AISSATOU PITA BARRY**                 )

FILED

SEP 12 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>WAIVER OF TRIAL BY JURY</u>

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____
Judge Ricardo M. Urbina
United States District Court Judge