# United States District Court
# for the District of Columbia

**FILED**
SEP 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

AISSATOU PITA BARRY

WAIVER OF INDICTMENT

CASE NUMBER: 05-0210 (RMU)

I, **Aissatou Pita Barry,** the above named defendant, who is accused of **Prohibition of Unlicensed Money Transmitting Businesses, Title 18, United States Code, Section 1960 and Criminal Forfeiture, Title 18, United States Code, Section 982,** being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _Sept 12, 2005_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge