UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Criminal Action No.: US- **0210** (RMU)

**AISSATOU PITA BARRY**,

Defendant(s).

**FILED**
SEP 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this **12th** day of **September** 2005,

**ORDERED** that a **status/motions** hearing in the above-captioned case shall take place on **December 1, 2005** at **2:00 pm**.

**SO ORDERED.**

Government Briefing Due October 31, 2005
Defendant's Opposition Due November 14, 2005
Government Reply Due November 21, 2005

_____
Ricardo M. Urbina
United States District Judge