UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal No. : 05-0210 (RMU)

AISSATOU PITA BARRY,

      Defendant.

FILED
SEP 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on September 12, 2005, the defendant, Aissatou Pita Barry pled guilty to Count One of an Information charging a felony violation, that is, operating an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960;

WHEREAS, the Information to which defendant Barry pled guilty also alleged the forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 982(a)(l), as property involved in, or traceable to property involved in, defendant Barry's operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this Preliminary Order of Forfeiture is entered in accordance with Fed.R.Crim.P. 32.2(b)(2), concerning the following property, which is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(l):

Currency/Funds:

(a) $26,554.00 in U.S. currency seized, on November 15, 2004, from the office of Guinex International, located at 6856 Eastern Avenue, #209, N.W., Washington, D.C.;

(b) $10,016.00 in funds seized, on November 22, 2004, from Suntrust Bank account #1000013521207, held in the name of Guinex International;

(c) $109,648.00 in funds seized, on November 23, 2004, from Chevy Chase Bank account #94376751, held in the name of Guinex International;

(d) $220 in funds seized, on November 23, 2004, from Suntrust Bank account #1000013521207, held in the name of Guinex International;

(e) $11,036.00 in funds seized, on November 27, 2004 from Bank One account #631150992, held in the name of Guinex International;

(f) $66,153.00 in funds seized, on December 1, 2004, from Chevy Chase Bank account #007-2124369, and

(g) $50,000.00 in funds seized on May 18, 2005, from Great American Insurance 'Company, 580 Walnut Street, Cincinnati, Ohio 45202, held as security for bond number 5448945, effective April 29, 2003, in the name of Guinex International, Inc.

2. That the Secretary of the Treasury is authorized to seize and dispose of this property in accordance with the law.

3 That the United States shah publish notice of this Order and of its intent to dispose of the property in such manner as the Secretary of the Treasury may direct. The United States shall also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property.

4. That any person, other than the defendant, asserting any legal interest in the property may, within thirty (30) days of the final publication of notice or his receipt of notice, whichever is earlier, petition the Court pursuant to Title 18, United States Code, Section 982(b)(1), incorporating by reference Title 21, United States Code, Section 853(n) for a hearing to adjudicate the validity of his/her alleged interest in the property

5. That, following the Court's disposition of all petitions filed with respect to such property, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in such property, the United States shah have clear right, title and interest to such property.

6. That the Clerk is directed to forward a true and certified copy of this order to all counsel of record and to the Department of the Treasury.

Dated this 12 day of September, 2005.

RICARDO M. URBINA
United States District Judge

copies to:

Angela Schmidt
Linda Otani McKinney
Assistant United States Attorneys
U.S. Attorney's Office
Criminal Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Richard Finci, Esq.
7850 Walker Drive
Suite 160
Greenbelt, MD 20770
(Counsel for defendant Aissatou Barry)