AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

     Plaintiff(s)

       vs.

AISSATOU PITA BARRY

     Defendant(s)

**APPEARANCE**

CASE NUMBER 05-cr-00210-RMU-ALL

To the Clerk of this court and all parties of record:

Please enter the appearance of   Thomas W. Brunner    as counsel in this
           (Attorney's Name)

case for:   Great American Insurance Company
       (Name of party or parties)

October 17, 2005
Date

D.C. Bar No. 170480
BAR IDENTIFICATION

*Thomas W. Brunner / PAD*
Signature

Thomas W. Brunner
Print Name

1776 K Street NW
Address

Washington, D.C. 20006
City   State   Zip Code

202-719-7000
Phone Number