UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Criminal No.: 05-0210 (RMU)

AISSATOU PITA BARRY,

    Defendant.
_____/

### [PROPOSED] ORDER GRANTING LEAVE TO FILE

THIS MATTER came before the Court on Great American Insurance Company's motion for leave to file its statement of interest, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED, that the aforesaid motion is **Granted**;

DONE AND ORDERED in Chambers, at United States District Court, this _____ day of _____, 2005.


_____
U.S. DISTRICT COURT JUDGE