UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Criminal No.: 05-0210 (RMU)

AISSATOU PITA BARRY,

    Defendant.
_____/

## MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST

Claimant Great American Insurance Company ("Great American") files its Motion for Leave to File Statement of Interest and states:

1. On September 12, 2005, the Court entered a Preliminary Order of Forfeiture.

2. On about September 16, 2005, the United States Department of Justice (the "Department") mailed a Notice of Forfeiture ("Notice") to Great American pursuant to Paragraph 3 of the Court's order. The Notice was received by Great American on September 24, 2005. Exhibit A.

3. On October 17, 2005, Great American filed its Statement of Interest pursuant to Paragraph 4 of the Court's Order and the instructions set forth in the Department's Notice.

4. On October 18, 2005, counsel for Great American was notified by the Clerk that Great American must file a motion for leave to file its statement of interest.

5. Great American wishes to assert its interest in the property subject to forfeiture as outlined in Great American's Statement of Interest filed with the Court on

October 17, 2005. Though the Order and the Department's Notice do not state that a motion for leave to file a statement of interest is required, in the interest of expediency Great American files its motion for leave to file its statement of interest.

WHEREFORE, Great American Insurance Company moves the Court for an order granting its Motion for Leave to File Statement of Interest and for any further relief this Court deems proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered via U.S. Mail to Mr. Kenneth L. Wainstein, United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530, this 19th day of October, 2005.

Thomas W. Brunner
D.C. Bar No. 170480
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, D.C. 20006
Telephone (202) 719-7000
Facsimile (202) 719-7049

James S. Myers
Florida Bar No. 64246
McRae & Metcalf, P.A.
306 S. Plant Avenue
Tampa, Florida 33606
Telephone (813) 225-1125
Facsimile (813) 225-1077

Attorneys for Great American Insurance Company

2