EXHIBIT

# EXHIBIT A

Case 1:05-cr-00210-RMU   Document 26-3   Filed 10/19/2005   Page 1 of 3



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 16, 2005

<u>Via Certified Mail/Return Receipt Requested</u>

Morgan W. Streetman, Esq.
McRae & Metcalf, P.A.
Attorneys at Law
1205 North Franklin Street
Tampa, Florida 33602

      Re:    Notice of Forfeiture to **Great American Insurance Company**
               in <u>United States v. Aissatou Pita Barry</u>, Criminal No. 05-0210 (RMU)

Dear Mr. Streetman:

      Notice is hereby given that on September 12, 2005, in the above-captioned case, the Honorable Ricardo M. Urbina, United States District Judge for the District of Columbia, entered a Preliminary Order condemning and forfeiting properties listed in the Order to the United States of America.

      The Preliminary Order of Forfeiture having been entered, the United States gives notice of its intention to dispose of each of the forfeited properties in such manner as the Attorney General of the United States directs. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under § 853(n) shall be subject to dismissal without a hearing.

      The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. <u>See</u> 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the District of Columbia in Criminal No. 05-0201 at the following address: 333 Constitution Avenue, N.W., Washington, D.C. 20530.

Furthermore, you must serve the United States Department of Justice with your petition at the following address: 555 Fourth Street, N.W., Room 4229, Washington, D.C. 20530, Attn: William R. Cowden. If you have any questions, contact Mr. Cowden at (202) 307-0258.

If you fail to file a petition to assert your right, title or interest in the above-described property, within thirty (30) days of this notice, or within thirty (30) days of the last publication of this notice, whichever is earlier, your right, title and interest in this property shall be lost and forfeited to the United States. The United States then shall have clear title to the property herein described and may warrant good title to any subsequent purchaser or transferee.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
LINDA OTANI McKINNEY
Asset Forfeiture Unit, Criminal Division

Enclosure

2