## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     Plaintiff,

v.                               Criminal No.: 05-0210 (RMU)

AISSATOU PITA BARRY,

     Defendant.

_____/

### ORDER GRANTING LEAVE TO FILE

     THIS MATTER came before the Court on Great American Insurance Company's motion

for leave to file its statement of interest, and the Court being fully advised in the premises, it is

     ORDERED AND ADJUDGED, that the aforesaid motion is **Granted**;

     DONE AND ORDERED in Chambers, at United States District Court, this 25th day

of October, 2005.

_____
U.S. DISTRICT COURT JUDGE