A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

**EXHIBIT**

UNITED STATES OF AMERICA

       Plaintiff(s)

vs.

AISSATOU PITA BARRY

       Defendant(s)

**APPEARANCE**

CASE NUMBER   05-cr-00210-RMU-ALL

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas W. Brunner__ as counsel in this
                                (Attorney's Name)

case for: __Great American Insurance Company__
         (Name of party or parties)

October 17, 2005
Date

*Thomas W. Brunner / PAD*
Signature

D.C. Bar No. 170480
BAR IDENTIFICATION

Thomas W. Brunner
Print Name

1776 K Street NW
Address

Washington, D.C.   20006
City    State    Zip Code

202-719-7000
Phone Number



RECEIVED

OCT 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT