UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.  : | Criminal No. 05-0210 |
| **AISSATOU PITA BARRY** : | |
| Defendant  : | |

### MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM REGARDING BURDEN OF PROOF AT SENTENCING

Comes now the Defendant, AISSATOU PITA BARRY, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein and respectfully states as follows:

1. On September 12, 2005, this Honorable Court established a Briefing Schedule with respect to certain sentencing issues to be decided in the above captioned matter.

2. Pursuant to that Briefing deadline, Defendant's Reply to the Government's Memorandum was due on November 14, 2005.

3. Late in the afternoon on November 14, 2005, counsel's network server and Internet access crashed before counsel was able to electronically file the completed Memorandum.

4. Nevertheless, undersigned counsel contacted Assistant United States Attorney Angela Schmidt and faxed to her a hard copy of the next to last draft of the Memorandum. During this conversation, Ms. Schmidt expressed no objection to the relief requested in this Motion.

5. The IT contractor for counsel's firm was in the office first thing in the morning on the date of the filing of this Motion and was able to restore the network server and Internet access.

**WHEREFORE**, Defendant respectfully requests the following relief:

1. That this Honorable Court grant Defendant's Motion for Extension of Time

2. Such further and additional relief as justice may require.

Respectfully submitted,

RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN, FINCI
AND LEVENSTEIN, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of _____, 2005, I mailed, postage prepaid, a copy of the foregoing Motion for Extension of Time for Filing of Memorandum Regarding Burden of Proof at Sentencing to:

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

RICHARD A. FINCI, #389841

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 05-0210** |
| **AISSATOU PITA BARRY** : | |
| **Defendant** : | |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time for Filing of Memorandum Regarding Burden of Proof at Sentencing, and the Government's consent thereto, it is this _____ day of _____, 2005,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that Defendant's Motion shall be excepted for filing on November 15, 2005

_____
RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770