UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV 1 5 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal No. 05-0210 |
| **AISSATOU PITA BARRY** | : | |
| **Defendant** | : | |

### ORDER

Upon consideration of Defendant's Motion for Extension of Time for Filing of Memorandum Regarding Burden of Proof at Sentencing, and the Government's consent thereto, it is this 15th day of November, 2005,

**ORDERED**, that Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that Defendant's Motion shall be ~~excepted~~ *Accepted* for filing on November 15, 2005

RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Richard A. Finci, Esquire
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770