# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 05-0210 (RMU) |
| ) | |
| v. ) | |
| ) | |
| AISSATOU PITA BARRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **PRAECIPE**

Please enter the appearance of William R. Cowden as additional counsel for the United States in this action, and withdraw Linda McKinney.

Respectfully submitted,

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm 4824
Washington, DC  20530
202-307-0258

## CERTIFICATE OF SERVICE

      I certify that the foregoing Praecipe was served upon counsel for defendant and counsel for Great American Insurance Company by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Richard A. Finci, Esq.**
**Houlon, Berman LLC**
**7850 Walker Drive, Suite 160**
**Greenbelt, MD 20770**

**James S. Meyers, Esq.**
**McRae & Metcalf, P.A.**
**306 S. Plant Avenue**
**Tampa, FL 33606**

**Thomas W. Brunner, Esq.**
**Wiley, Rein & Fielding, LLP**
**1776 K Street, N.W.**
**Washington, DC 20006**

on this <u>21st</u> day of November, 2005.

                                                            /s/
                                         WILLIAM R. COWDEN, DC Bar #426301
                                         Assistant United States Attorney
                                         555 4th St., N.W., Rm 4824
                                         Washington, DC  20530
                                         202-307-0258