UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 05-0210 (RMU) |
| ) | |
| v. ) | |
| ) | |
| AISSATOU PITA BARRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT WITH GREAT AMERICAN INSURANCE
COMPANY AND WITHDRAWAL OF ITS STATEMENT OF INTEREST**

By and through their respective counsel, the United States and Great American Insurance Company hereby stipulate and agree as follows:

1. In settlement and compromise of the "Statement of Interest" filed by Great American Insurance Company ("GAIC") as part of the forfeiture proceedings in the above-captioned action, the United States, with the consent of the District of Columbia, returned the bond that GAIC issued to the District of Columbia, which bond was secured by $50,000 cash ("the cash collateral") that the government seized from GAIC, pursuant to a warrant, on about May 12, 2005.

2. GAIC has agreed to withdraw the Statement of Interest it filed to the cash collateral in the above-captioned criminal case as part of the ancillary proceedings relating to the criminal forfeiture of property in the above-captioned criminal case.

3. This Stipulation shall represent full and complete satisfaction of all claims, whether asserted or unasserted, arising from the seizure and/or forfeiture of the cash collateral, including full and complete satisfaction of all claims for damages, costs and/or attorneys fees that

have been, or could be, made in this case or any other case.

4. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, or GAIC, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

6. In executing this Stipulation, counsel for the parties represent and agree that they have thoroughly discussed all aspects of this Stipulation with their clients, that the clients understand fully all of the provisions of this Stipulation, and that they are entering voluntarily into this Stipulation. In executing this Stipulation, counsel for the parties represent and warrant that this Stipulation is executed by persons vested with authority to bind their clients thereto.

7. GAIC understands that its agreement to permit the United States to file this Stipulation shall mean GAIC's previously-filed Statement of Interest will be dismissed.

Respectfully submitted:

/s/
THOMAS W. BRUNNER
DC Bar #170480
Wiley, Rein & Fielding LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

/s/
JAMES S. MEYERS

/s/
KENNETH L. WAINSTEIN
DC Bar #451058
United States Attorney

/s/
WILLIAM R. COWDEN
DC Bar #426301
Assistant United States Attorney
555 4th Street, NW, Rm 4824

| | |
|---|---|
| FL Bar # 64246 | Washington, DC 20530 |
| McRae & Metcalf, P.A. | (202) 307-0258 |
| 306 S. Plant Avenue | Counsel for United States |
| Tampa, FL 33606 | |
| (813) 225-1125 | |
| Counsel for GAIC | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was filed with consent of counsel for GAIC and served upon counsel for defendant Aissatou Pita Barry by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Richard A. Finci, Esq.**
**Houlon, Berman LLC**
**7850 Walker Drive, Suite 160**
**Greenbelt, MD 20770**

on this <u>21st</u> day of November, 2005.

                                        /s/
                                        WILLIAM R. COWDEN
                                        DC Bar #426301
                                        Assistant United States Attorney
                                        555 4th St., NW, Rm 4824
                                        Washington, DC  20530
                                        202-307-0258