UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-210 (RMU) |
| | : | |
| AISSATOU PITA BARRY, | : | |
| | : | |
| Defendant. | : | |

**FILED**
NOV 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the defendant's motion for leave to file a response to the government's reply memorandum and no opposition thereto, it is hereby this 29th day of November, 2005,

**ORDERED** that the defendant's motion is **GRANTED** and it is

**FURTHER ORDERED** that the status hearing presently set for December 1, 2005, be **VACATED**, and it is

**ORDERED** that a control status hearing shall be scheduled for December 13, 2005, at 3:15 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge