UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :    Criminal No. 05-0210 (RMU) |
| **AISSATOU PITA BARRY** | : |
| **Defendant** | : |

**MOTION FOR LEAVE TO FILE RESPONSE**
**TO GOVERNMENT'S REPLY MEMORANDUM**

Comes now the Defendant, AISSATOU PITA BARRY, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Bergman, Finci & Levenstein, and respectfully states as follows:

1. On November 21, 2005, the Government filed its Reply to Defendant's Memorandum Regarding Burden of Proof at Sentencing.

2. The Government's reply substantially broadened the legal argument made in its original Memorandum. Specifically, in its response, the Government asks the Court to review and adopt 2nd Circuit case law setting forth certain principles and procedures for post-Booker sentencing proceedings. While this argument is made in the context of the specific guideline application issue present in the case sub judice, nevertheless, the original Memorandum contained only pre-Booker, arguments regarding guidelines application issues.

3. The response which Defendant proposes to file addresses those issues specifically, providing Defendant's responsive analysis and argument addressing

1

those 2nd Circuit decisions as well as the District of Columbia Circuit opinions which have citied the 2nd Circuit opinions.

4.      Undersigned counsel has discussed this request with Assistant United States Attorney Angela Schmidt and she consents to this Motion for Leave to File a Response to Government's Reply Memorandum.

**WHEREFORE**, Defendant respectfully requests the following relief:

1.      That this Honorable Court grant Defendant's Motion for Leave to File Response to Government's Reply Memorandum.

2.      That the Court grant Defendant's Leave to File a Memorandum in Response to Government's Reply Memorandum, to be filed promptly upon electronic notice being received by counsel of the leave being granted.

Respectfully submitted,

RICHARD A. FINCI,#389841
HOULON, BERMAN, BERGMAN, FINCI
 AND LEVENSTEIN, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this ____ day of _____, 2005, I mailed, postage prepaid, a copy of the foregoing Motion for Leave to File Response to Government's Reply Memorandum:

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

                                                                                           RICHARD A. FINCI,#389841

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Criminal No. 05-0210 (RMU) |
| **AISSATOU PITA BARRY** : | |
| **Defendant** : | |

### ORDER

Upon consideration of Defendant's Motion for Leave to File Response to Government's Reply Memorandum, and the Government's consent thereto, it is this ____ day of _____, 2005,

**ORDERED**, that the Defendant's Motion be and is hereby granted and, it is further,

**ORDERED**, that the Defendant may file a Response to Defendant's Reply to Newly Raised Issues Contained in Government's Reply to Defendant's Memorandum Regarding Burden of Proof at Sentencing, and it is further,

**ORDERED**, that the Defendant's Reply to Newly Raised Issues Contained in Government's Reply to Defendant's Memorandum Regarding Burden of Proof at Sentencing shall be filed immediately upon electronic notice of the execution of this Order.

_____
RICARDO M. URBINA, JUDGE

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

Richard A. Finci, Esquire
HoulonBerman
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770