UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-210 (RMU) |
| : | |
| AISSATOU BARRY : | |
| : | **FILED** |
| Defendant. : | DEC 1 2 2005 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 12th day of December 2005,

**ORDERED** that the control status hearing in the above-captioned case scheduled for December 13, 2005, is hereby **VACATED** and **RESCHEDULED** for January 9, 2006, at 2:30 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge