UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 9 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-210 (RMU) |
| AISSATOU PITA BARRY, | : |
| Defendant. | : |

### SENTENCING SCHEDULING ORDER

It is this 9th day of January 2006,

**ORDERED** that the sentencing in this matter be set for August 15, 2006 at 10:00 am; and it is

**FURTHER ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 30 business days before sentencing, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge