11/17/2005 15:31 FAX 301 459 5425    ROCK CREEK TITLE    ☑002

### AFFIDAVIT OF MURIEL TSHITA
**621 Sheridan Street, #21**
**Hyattsville, Maryland 20783**

I, MURIEL TSHITA, do hereby swear and affirm that the following facts are true and correct to the best of my knowledge and belief:

1.     I have known Aissatou Barry since 1999.  I worked with her for three years, starting sometime in approximately November of 2001 and ending when Guinex International was closed after a search warrant was served at the office.

2.     During this time, Ms. Barry and I were the only two people working in Guinex's office with the exception of one additional employee who worked for approximately three months starting in approximately June of 2004.

3.     While working at Guinex, I shared all responsibility with Ms. Barry.  In other words, we both did all of the same tasks in the office.  This included meeting with customers, entering information in the database, preparing money transfers, dealing with general office matters and the like.

4.     I would estimate that approximately 60% of our customers were known by Ms. Barry and I from the community meaning the neighborhood or church.  When they came into our office to make a money transfer, we would first obtain their phone number, which was the identifier needed to raise their personal information on our database.  Once the phone number was typed in, their name and address would appear on the computer screen and this would confirm that we already had their personal information.  We would confirm the personal information and obtain new information if it was no longer accurate.

5.    The other 40% of the people who we did not know would have to provide us with all of their personal information on their first visit. We would obtain information about where they were living and working. We would also ask how they were referred to the office. We would not require identification very frequently.

6.    With respect to source of funds, the <u>vast</u> majority of our customers were sending out small amount of monies to support their families in Africa. Others were sending larger amounts for the purchase of real property or the construction of homes in their countries. Often times, they would bring photographs of their property and/or homes under construction as we had very friendly relations with our customers.

On some occasions, we would ask specific questions about where cash came from. I do not recall being told anything other than that the money came from their jobs. We would write the customers' response to our inquiry on the fax or on another piece of paper which we retained in the office.

7.    We did not want to receive a large amount of cash in the office. Thus, while some people would bring money in, many customers were allowed to deposit money directly into our account. Once they completed such a deposit, they would fax a copy of the receipt with their name, phone number, address, identifying information about the recipient and destination country, etc. These faxes were retained in a file cabinet in our office and I believe they were seized by the agents at the time of the search warrant execution. Additionally, complete information about the transaction was entered into the database and stored in that form.

8. When Ms. Barry and I were in the office at the same time, I observed her follow all of these very same procedures. During the time that the new employee was in our office, I was out of the country and I cannot make any statement presently about the procedure she followed.

9. I cooperated fully with Department of Homeland Security investigators, gave a statement and testified before the Grand Jury when subpoenaed to do so in this case. I answered all questions asked of me by the investigators and the Assistant United States Attorney.

**I DO SOLEMNLY SWEAR, DECLARE, AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

MURIEL TSHITA
623 Sheridan Street, #21
Hyattsville, Maryland 20783

Sworn and subscribed to before me this 10th day of November, 2005.

NOTARY PUBLIC
My Commission Expires:

ELIZABETH KOFFI
NOTARY PUBLIC
STATE OF MARYLAND
MY COMMISSION EXPIRES:
MAY 1, 2006



H637

## APPLICATION FOR A MONEY TRANSMITTER LICENSE
### D.C. Act 13-322

**Answer All Questions. If not applicable, indicate with an N/A.**

### PART ONE — TO BE COMPLETED BY ALL APPLICANTS

1. Applicant name: __AISSATOU P. BARRY__

2. Fictitious or trade name: __GUINEX INTERNATIONAL, INC.__

3. Applicant's Federal Employer Identification Number: __52-2186432__

4. Applicant's principal business office:

   Street Address: __6856 EASTERN AVENUE NW SUITE 209__

   City and State: __WASHINGTON, DC 20012__

   Telephone number: __(202)-723-7314__    Fax Number: __(202)-723-7318__

5. Name and address of principal contact person: (*license will be sent to this person*)

   Name: __AISSATOU P. BARRY__

   Street Address: __6856 EASTERN AVENUE NW SUITE 209__

   City and State: __WASHINGTON, DC__

   Telephone number: __(202)-723-7314__    Fax Number: __(202)-723-7318__

   E-Mail: __GUINEX1@Netzero.COM__

6. Address at which Applicant keeps its books and records (if different from answer to Question 4).

   Street Address: _____

   City and State: _____

2003 JUN -6 PM 2:14

RECEIVED
DC GOVERNMENT
DEPT OF BANKING (DBFI)

Rev. 09/08/00

*Money Transmitter Application*
*Page 1 of 6*

000043

7.    Applicant is a(n):  (Check appropriate classification)

    ☐  Individual            ☐  Partnership

    ☐  Association           ☐  Joint Stock Association

    ☒  Corporation

8.    Type of money transmission activity to be conducted (mark all that apply):

    ☒  Checks              ☐  Travelers Checks

    ☐  Drafts               ☒  Wire Transfers

    ☒  Money Orders        ☒  Other (explain): __CASH__

    ☐  Stored Value

9.    Money transmission sales are conducted through (marked all that apply):

    ☒  Company Owned Outlets

    ☐  Independent Authorized Delegates

    ☐  Subsidiaries or Affiliate; and/or

    ☐  Other (explain): _____

10.   Submit the following:

    (a)    Complete name and address of each proposed authorized delegate and each of Applicant's locations in the District of Columbia from which it proposes to conduct money transmission sales.

    (b)    A sample authorized delegate contract.

    (c)    A sample form of payment instrument.

    (d)    A history of operations, description of activities conducted and description of the business activities in which Applicant seeks to be engaged in the District of Columbia.

    (e)    The name and address of the clearing bank or banks on which the Applicant's payment instruments will be drawn or through which such payment instruments will be payable.

    (f)    *Bond form (attached)* or security device as specified in Section 8 of the D.C. Money Transmitter Act: "Each application must be accompanied by a surety

bond, irrevocable letter of credit, or such other similar security device acceptable to the Commissioner in the amount of $50,000. If the applicant proposes to engage in business at more than one location, through authorized delegates or otherwise, then the amount of the security device will be increased by $10,000 per location. The maximum amount of the security device required for all locations shall not exceed $250,000...."

(g) Has Applicant been involved in any material litigation and/or convicted of a crime during the five (5) year period prior to this application? (Material litigation means litigation that, according to generally accepted accounting principles, is deemed significant to any licensee's financial health and would be required to be referenced in its annual audited financial statements, reports to shareholders or similar documents.) ☐ Yes ☒ No

If yes, provide a detailed history on a separate sheet.

(h) A completed *Biographical Form and Authority for Release of Information (attached)* for each of the Applicant's principals, executive officers, key stockholders, or any persons who will be in charge of Applicant's money transmission business.

(i) *Authority for Release of Information (Applicant) (attached)* executed by the Applicant.

## PART TWO – TO BE COMPLETED BY CORPORATE APPLICANTS

1. Date of incorporation: ___AuGusT 16 , 1999___

2. State of incorporation: ___DisTRiCT oF CoLumBiA___
   *Submit a certificate of good standing from Applicant's state of incorporation.*

3. Is Applicant publicly traded?    ☐    Yes    ☒    No

4. Provide a description of the corporate structure of Applicant (include the identity of any parent or subsidiary, and indicate whether any parent or subsidiary is publicly traded).

_____

_____

_____

_____

_____

Rev. 09/08/00

5.  For each of Applicants, executive officers, key shareholders, and officers or managers who will be in charge of Applicant's money transmission activities, provide the following:

Name: _____ AISSATOU P. BARRY _____

Title: _____ PRESIDENT _____

Business Address: _____ 6856 EASTERN AVENUE NW SUITE 209, DC 2

Residence Address: _____ 2749 SWEET CLOVER COURT, SILVER SPRING MD 20904

Name: _____ N/A _____

Title: _____

Business Address: _____

Residence Address: _____

Name: _____ N/A _____

Title: _____

Business Address: _____

Residence Address: _____

Name: _____ N/A _____

Title: _____

Business Address: _____

Residence Address: _____

Name: _____ N/A _____

Title: _____

Business Address: _____

Residence Address: _____

Rev. 09/08/00

*Money Transmitter Application*
*Page 4 of 6*

000046

6.  A copy of Applicant's most recent audited financial statement and, if available, audited financial statements for the prior two (2) years. (Audited financials should include balance sheet, statement of income or loss, statement of charges in shareholder equity and statement changes in financial position.)

If Applicant is a wholly-owned subsidiary of another corporation, Applicant may submit either the parent's consolidated audited financial statements for the current year and prior two (2) years, or the parent's Form 10K reports filed with the United States Securities and Exchange Commission for the prior three (3) years in lieu of the financial statements.

7.  Copies of all filings made by Applicant with the United States Securities and Exchange Commission, or a similar regulator outside the U.S., within the year preceding the date of this application.

## PART THREE – TO BE COMPLETED BY NON-CORPORATE APPLICANTS

1.  For each of Applicant's principals and any other persons who will be in charge of Applicant's money transmission business, provide:

Name: _____

Title: _____

Business Address: _____

Residence Address: _____


Name: _____

Title: _____

Business Address: _____

Residence Address: _____


Name: _____

Title: _____

Business Address: _____

Residence Address: _____

Name: _____

Title: _____

Business Address: _____

Residence Address: _____

2. Submit a copy of Applicant's registration or qualification to do business in the District of Columbia.

3. For each of Applicant's principals, submit a *Personal Financial Statement* (attached).

4. Submit a copy of Applicant's audited financial statements (including balance sheet, statement of income or loss, and statement of changes in financial position) for the current year and, if available, the two (2) prior years.

## CERTIFICATION

Having been duly sworn, and under the penalties of perjury, I hereby certify that the representations in this APPLICATION FOR MONEY TRANSMITTER LICENSE are true and correct to the best of my knowledge and belief. I understand that omissions or inaccuracies may result in denial of the APPLICATION.

AISSATOU P. BARRY
_____
(Name of Applicant)

By: PRESIDENT
_____
Title

State of Maryland

County of Prince Georges

On this the 2nd day of June, 2002, before me, a Notary Public, appeared Aissatou Fila Barry _____, known to me to be the person(s) named in, and who executed the foregoing application and made oath that the statements and representations set forth are true to the best of his/her/their knowledge and belief.

Notary Public Yevette Cashwell

MY COMMISSION EXPIRES FEBRUARY 1, 2004

My Commission Expires: _____



## DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS
### BIOGRAPHICAL FORM
### (PRINCIPALS, OFFICERS, KEY SHAREHOLDERS)

BARRY    AISSATOU    PITA

| (Last) | (First) | (Middle Name) | (Maiden) | (Nickname) |

2749   SWEET   CLOVER   COURT ,   SILVER   SPRING ,   MD   20904

(Residence Number and Street)    (City)    (State)    (Zip Code)

6856   EASTERN   AVENUE   N.E   SUITE   209   WASHINGTON ,   DC   20012

(Business Number and Street)    (City)    (State)    (Zip Code)

Residence Telephone Number  (301) 572 - 4445   Business Telephone Number (202)  723 - 7314

---

This biographical form is filed in connection with an application pending before the
Department of Banking & Financial Institutions, pursuant to
The D.C. Money Transmitter Act.  The name of the Applicant

is     AISSATOU P. BARRY

---

### Section 1 – General Information

Date of Birth: 07 | 15 | 1967    Place of Birth:     GUINEA

U.S. Citizen: Yes  ✓    No _____   (If "No", or naturalized citizen less than five years, complete Addendum (2) applicable to non-U.S. citizens.  If naturalized, indicate date of naturalization and certificate number:

_____ / _____ ).

Drivers License Number: B - 600 - 036 - 684 - 559    State of Issuance:   MARYLAND

Social Security Number:  579 - 29 - 5588    Spouse's Name:   N/A

Marital Status:     SINGLE

### Section 2 – Residence

(In reverse chronological order from age 18 or for the last five years, whichever is shorter.)

| Number and Street | City, Town, Etc. | County | State | From: Mo./Yr. | To: Mo./Yr. |
|---|---|---|---|---|---|
| 2749 SWEET CLOVER COURT | SILVER SPRING | MG | MD | 04 2000 | PRESENT |
| 11700 OLD COLUMBIA PIKE | SILVER SPRING | MG | MD | 10 1998 | 04 2000 |
| GBESSIE CITE DEL-AIR | CONAKRY , GUINEA | | | 01 1992 | 10 1998 |

### Section 3 – Professional Licenses and Certificates

| Kind of License or Certificate | Licensing Authority | Date Issued Mo./Yr. | Time Devoted to Practice Full-time    Part-time | |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |

Has your right to engage in any profession or business that requires licensing or approval of any kind ever been refused or revoked, or is any such action pending?  No . If yes, attach a full explanation.

Rev. 09/08/00

*Attachment C*
*Biographical Form – Money Transmitter Application*
*Page 1 of 3*

000049

### Section 4 – Employment Record for Last Five Years

| From | To | Name and Address of Employer | Type of Business | Title and Duties | Reason for Leaving |
|------|------|------------------------------|------------------|------------------|--------------------|
| 1999 | PRESENT | GUINEA EMBASSY | | ADMIN. ASST. | N/A |
| 1998 | 1999 | GABON EMBASSY | | ADMIN. ASST. | BETTER OPPORTUNITY |
| | | | | | |

Have you ever been fired or asked to resign? __No__ . If yes, attach a full explanation.

### Section 5 – Business Affiliations

(List all firms, companies, corporations, partnerships or other business organizations of which you are presently a director, officer, partner, owner or registered agent).

| Name and Address | State of Incorporation | Type of Business | Position Held |
|------------------|------------------------|------------------|---------------|
| | | | |
| | | | |
| | | | |

### Section 6 – Other Information

A. Have you ever been arrested, charged and/or convicted of a criminal offense? __No__ . If yes, provide a copy of the complaint for all Pending cases and complete the following for all pending and prior cases.

| Name and Address of Enforcement Authority | Court, Location and Case Number | Nature of the Charge | Date Filed | Status or Disposition |
|-------------------------------------------|--------------------------------|----------------------|------------|-----------------------|
| | | | | |
| | | | | |
| | | | | |

B. Has any business or enterprise with which you have been associated as an officer, director, representative, agent, or shareholder of 10% or more of the outstanding stock ever been charged with any criminal violation? __No__ . During the last five (5) years, has any business or enterprise with which you are now or were at the time associated as an officer, director, representative, agent or holder of 10% or more of the outstanding stock been named as a DEFENDANT in any civil litigation? __No__ If yes, to either of these questions, provide a copy of the complaint and complete the following for all such cases.

| Business or Entity | Your Interest | Court and Case No. | Nature of the Charge | Date Filed | Status or Disposition |
|--------------------|---------------|--------------------|----------------------|------------|-----------------------|
| | | | | | |
| | | | | | |
| | | | | | |

C. Are you now or during the last five (5) years, have you been named as a DEFENDANT in any civil litigation? __No__ If yes, provide a copy of the initial complaint and, if applicable, amended complaint(s) for all pending cases and complete the following for all pending and prior cases.

| Name and Address of Court and Case Number | Nature of the Suit | Date Filed | Status or Disposition |
|-------------------------------------------|--------------------|------------|-----------------------|
| | | | |
| | | | |
| | | | |

Rev. 09/08/00

D. Have you or any business or enterprise with which you are currently or have been associated with as an officer, director, representative, Agent, or shareholder of 10% or more of the outstanding stock ever been the subject of an administrative complaint filed by any governmental Board, agency or arbitration board?_____No_____ If yes, complete the following:

| Name and Address of Agency or Board | Nature of the Charge | Date Filed | Status or Disposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E. Are you now, or have you or any business or enterprise with which you have been associated as an officer, director, representative, agent or shareholder of 10% or more of the outstanding stock, ever been under investigation by any government agency or law enforcement entity?_____No_____ If yes, complete the following:

| Name and Address of Enforcement Authority | Nature of Investigation | Date you Became Aware of Investigation | Status or Disposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

F. Have you or any business or enterprise with which you are currently or have been associated with as an officer, director, representative, agent, or shareholder of 10% of more of the outstanding stock ever been adjudged bankrupt or had to work out a compromise with creditors?_____No_____ If yes, complete the following:

| Title and Nature of Proceedings | Name and Address of Court and Case Number | Date Filed | Status or Disposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

G. Have you ever had tax liens of any kind filed against you individually or against your business affiliates?_____No_____ If yes, complete the following:

| Place filed (Court/City/State) | Total Amount of Lien | Date Filed | Date of Satisfaction (If any) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Section 7 – Statement

In assuming the position for which this for is being submitted, I am undertaking a commitment to be fully informed as to the affairs of the company with which I will be associated and to exercise my independent judgment with respect to any matters that may come before me.

### Certificate

I hereby certify that this form, including attached addenda, has been carefully examined by me and that the information is true, correct and complete to the best of my knowledge and belief. I agree and understand that any false or misleading statements or omissions of material fact herein may be cause for the Commissioner to deny my participation in the application for which this report is submitted.

06-03-03
(Date)

_____
(Signature)

The foregoing instrument was acknowledged before me this 3rd day of June, 2003, by Aissatou Ata Barry who is personally known to me or who has produced Maryland Drivers License as identification and who did/did not take an oath.

(Seal)

My Commission Expires: _____

MY COMMISSION EXPIRES FEBRUARY 1, 2004

Rev. 09/08/00



### DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS
### *AUTHORITY FOR RELEASE OF INFORMATION*
### *(PRINCIPALS, OFFICERS, KEY SHAREHOLDERS)*

Full Name of Applicant (Print or Type) ___AISSATOU P. BARRY___

Social Security Number ___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___ Date of Birth ___07|15|1967___

Driver's License # ___B-600-036-684-559___ State ___MD___ Expiration Date ___07|15|2004___

Race ___Black___ Sex: _____Male ___✓___Female

Street Address ___2749 SWEET CLOVER COURT___

City ___SILVER SPRING___ State ___MD___ Zip ___20904___

This release constitutes my consent and authority for the D.C. Department of Banking and Financial Institutions to examine and obtain copies of records, statements, credit ratings and information regarding my background.

I hereby authorize the release of records to the D.C. Department of Banking and Financial Institutions pertaining to the following:

- Employment Information

- Credit Information

- Police and Criminal Records

This authorization is given in connection with my application for a Money Transmitter license under D.C. Money Transmitter Act.

Date ___06-03-03___ Signature _____

Rev. 09/08/00

*Attachment C*
*Authority to Release (Officers) – Money Transmitter Application*
*Page 1 of 1*

000052



## DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS
### *AUTHORITY FOR RELEASE OF INFORMATION (APPLICANT)*

NAME OF APPLICANT  AISSATOU  P.  BARRY

Dba  GUINEX  INTERNATIONAL,  INC.

STREET ADDRESS  6856  EASTERN  AVENUE  N·E  SUITE  209

CITY/STATE/ZIP  WASHINGTON,  DC  20012

TELEPHONE NUMBER  202 - 723 - 7314

This constitutes my consent and authority for the D.C. Department of Banking & Financial Institutions to obtain and examine copies of records, statements, credit ratings and other information regarding the financial affairs of the above named firm relating to the business of selling or issuing checks, drafts, money orders, or transmitting money under the provisions of the D.C. Money Transmitter Act from the following:

Financial Institution:

Name  BANK  OF  AMERICA

Address  6950  CARROLL  AVENUE

City/State/Zip  TAKOMA PARK, MD 20912

Contact Person  ELIZABETH  JAMES

Phone/Extension  301 - 270 - 7097

Signature  _____

Title  PRESIDENT

Type of Account (list account numbers):

Clearing Account  _____

Checking Account  003933915913

Savings Account  _____

Certificate of Deposit  _____

Business Account  _____

Other  _____

Date  06 - 03 - 02

Subscribed and sworn to before me this  3rd  day of  June , 20 02.

(SEAL)

Notary Public  Yevette  Cashwell

MY COMMISSION EXPIRES FEBRUARY 1, 2004.

Rev. 09/08/00

**Department of Insurance, Securities
  And Banking**
810 First Street NE
Washington, DC  20002
Phone: (202) 442-7805
Fax:  (202) 535-1197



# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Pam Lee | **From:** | Shirley Roy | |
| **Fax:** | (703) 471-7951 | **Pages:** | 12 | including cover |
| **Re:** | Copy of Guinex File | **Date:** | 9/29/04 | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

**Message:** I am sending the file in three (3) faxes to make sure they go through.



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS**

### *Clean Hands*
### *Before Receiving a License or Permit Act of 1996 Certification Form*
#### *Sign and return this form with your Application*

Please read this form carefully and completely before signing. Any false information provided requires that the Department of Banking and Financial Institutions proceed immediately to revoke the license for which you are now applying, and fine you one thousand dollars ($1,000). This *Certification Form* is required to be completed and submitted with any application for licensure under the *Clean Hands Before Receiving a License or Permit Act of 1996*, effective May 11, 1996 (D.C. Law 11-118, D.C. Code § 47-2861 et seq.).

I, _Aissatou P. Barry_ , as _President_
　　　　(name)　　　　　　　　　　　　　　　(owner/partner/corporate officer)
certify that _Guinex International, Inc_ , trading as _Guinex International, Inc_
_6856 Eastern Ave._ (business name)　　　　　　　　　　(trade name)
_Ste. 209 Washington, DC 20012_ using business tax number _52-2186432_ , as of this date,
(business address)

does not owe more than one hundred dollars ($100) to the District of Columbia government as a result of:

1. Fines, penalties or interest assessed pursuant to the Litter Control Administration Act of 1995, effective March 25, 1986 (D.C. Law 6-100; D.C. Code § 6-2901 et seq.);

2. Fines, penalties or interest assessed pursuant to the Illegal Dumping Enforcement Act of 1994, effective May 20, 1994 (D.C. Law 10-117; D.C. Code § 6-2911 et seq.);

3. Fines, penalties or interest assessed pursuant to the Department of Consumer and Regulatory Affairs Civil Infractions Act of 1985, effective October 5, 1986 (D.C. Law 6-42; D.C. Code § 6-2701 et seq.); or

4. Past due taxes.

I understand that if I knowingly provide false information on this *Certification Form*, the Department of Banking and Financial Institutions will move to revoke the license for which I am applying and fine me one thousand dollars ($1,000). I further understand that the Department of Banking and Financial Institutions may conduct an investigation to ascertain the veracity of the information contained in this *Certification Form*.

I understand that this *Certification Form* is now required as part of my application for a license, and that by completing it, I am not guaranteed that my license will be approved.

_____　　_President_　　　　_06-03-03_
Signature　　　　　　　　　　Title　　　　　　　　　Date

cc: *Office of Tax Revenue*

*(Attachment A)*
**For Tax Assistance, please call (202) 727-4829**



★ ★ ★

BOND NUMBER:  5448945
PREMIUM:  $1,250.00

### DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS
### *MONEY TRANSMITTER LICENSE BOND FORM*

KNOW ALL MEN BY THESE PRESENTS, That  GUINEX INTERNATIONAL, INC.  ,

Corporate or Company Name

6856 EASTERN AVENUE NW, SUITE 209,    WASHINGTON,  DC  20012  ,

Street Address                                City/State

and,  GREAT AMERICAN INSURANCE COMPANY

as surety, are held and firmly bound unto the Commissioner of the Department of Banking & Financial Institutions, for the use of the District and of any person or persons who may have a cause of action against the obligors of this instrument, under the provisions of the Money Transmitter Act, in the sum of __*__ for the payment of which well and truly to be made, we find ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Witness our hands and seals this ___29TH___ day of ___ARPIL___, A.D. 20_03_

The condition of the above obligation is such that the above___GUINEX INTERNATIONAL, INC.___

Corporate or Company Name

has applied for a license to transact the business of selling or issuing payment instruments or transmitting money within the United States or to locations abroad, in accordance with the provisions of the Money Transmitter Act.

Now, if the said___GUINEX INTERNATIONAL, INC.___

Corporate or Company Name

shall, upon issuance of said license as aforesaid, faithfully conform to and abide by each and every provision of said Act and of all rules, regulations and directions lawfully made by the Commissioner of the Department of Banking & Financial Institutions thereunder, and will pay to the District and to any person or persons any and all moneys that may become due and owing to the District and to such person or persons from said obligors, under and by virtue of the provisions of said Act, then this obligation to be void; otherwise to remain in full force and effect.

* FIFTY THOUSAND DOLLARS.

GUINEX INTERNATIONAL, INC. (Seal)

Corporate or Company Name

By _____ (Seal)

President, Owner or Partner

(SEAL)

By _____ (Seal)

JOHN J. DALEY, ATTORNEY-IN-FACT

GREAT AMERICAN INSURANCE COMPANY (Seal)

Surety or Bonding Company

Rev. 09/08/00

*Attachment B*
*Bond Form – Money Transmitter Application*
*Page 1 of 1*

*STATE OF* California

*COUNTY OF* Contra Costa    } SS.

On ____APRIL 29, 2003____ , *before me,* Tanya Chinchilla, Notary Public

*PERSONALLY APPEARED* John J. Daley

*personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.*

*WITNESS my hand and official seal.*

*Signature* _____

TANYA CHINCHILLA
Commission # 1375153
Notary Public - California
Contra Costa County
My Comm. Expires Sep 16, 2006

*This area for Official Notarial Seal*

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE OFFICER
_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL
☑ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
GREAT AMERICAN INSURANCE COMPANY
_____

DESCRIPTION OF ATTACHED DOCUMENT

BOND NUMBER:    5448945
_____
TITLE OF TYPE OF DOCUMENT

ONE (01)
_____
NUMBER OF PAGES

APRIL 29, 2003
_____
DATE OF DOCUMENT

N/A
_____
SIGNER(S) OTHER THAN NAMED ABOVE

ID-1232 (REV. 5/01)         ALL-PURPOSE ACKNOWLEDGEMENT

# TERRORISM COVERAGE RIDER

## NOTICE-DISCLOSURE OF TERRORISM COVERAGE AND PREMIUM

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an Act of Terrorism. The Act provides that, to be certified, an Act of Terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

To be attached to and form part of Bond No. 5448945 , effective APRIL 29, 2003 In accordance with the Terrorism Risk Insurance Act of 2002, we are providing this disclosure notice for bonds on which Great American Insurance Company, its affiliates (including, but not limited to Great American Alliance Insurance Company, Great American Insurance Company of New York and Great American Assurance Insurance Company) is the surety.

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the terms of the Act. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

This Coverage Part/Policy covers certain losses caused by terrorism. In accordance with the Federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the coverage arising from losses for Terrorist Acts Certified under that Act.

The portion of your annual premium that is attributable to coverage for Terrorist Acts Certified under the Act is : $:00.

**California Insurance Center**
CA Lic. # 0423393
1340 Treat Blvd., Suite 480
Walnut Creek, CA  94597
Phone : 925-299-1112   Fax : 925-299-0328

| **M E M O** | | | **Page 1** |
|---|---|---|---|
| ACCOUNT NO. | CSR | DATE | |
| GUINB01 | LB | 06/24/03 | |
| POLICY INFORMATION | | | |
| POLICY # | | | |
| 5448945 | | | |
| TYPE | | EFFECTIVE | EXPIRATION |
| BMSC | | 04/29/03 | 04/29/04 |

**Guinex International, Inc.**
Muriel Beltchika
6856 Eastern Avenue, N.W. #209
Washington, DC  20012

Muriel                                        Re:   Date Change Rider

We received a call from the Department of Banking and Financial
Institutions requesting that the expiration date of your bond be changed
to coincide with with expiration of your license.  The new date will be
September 4, 2004.

Enclosed is an original Rider which must be signed by Guinex
International, Inc. and forwarded to the Department of Banking.  The
Department of Banking should sign the rider, and provide us with a copy
of the signed rider.  You may keep the Rider marked copy for your
records.

Should you have any questions, do not hesitate to call.

Sincerely,

Linda Byas-Barnett



**GREATAMERICAN.**

INSURANCE COMPANY

### RIDER

To be attached to and form a part of Bond No. 5448945

dated    APRIL 29, 2003    , in the amount of $ 50,000.00 **

executed by

GUINEX INTERNATIONAL, INC.                                        as Principal,

and GREAT AMERICAN INSURANCE COMPANY, as Surety, and in favor of

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF BANKING & FINANCIAL INSTITUTIONS                as Obligee.

It is agreed that the following changes be made in the attached bond:

THE RENEWAL DATE OF THE    BOND IS HEREBY AMENDED AS FOLLOWS:

FROM:   APRIL 29, 2004

TO:     SEPTEMBER 4, 2004

Effective:   JUNE 20, 2003

Provided, however, that the attached bond as changed by this Rider shall be subject to all its
agreements, conditions and limitations, and that the liability of the Surety under the attached
bond and under the attached bond as changed by this Rider shall not be cumulative.

ACCEPTED:                          GUINEX INTERNATIONAL, INC.
                                                                    _____
                                                                       (Principal)
   GOVERNMENT OF THE DISTRICT OF
   COLUMBIA, DEPARTMENT OF
   BANKING & FINANCIAL INSTITUTIONS     By_____
                        (Obligee)                    President   Title

                                   GREAT AMERICAN INSURANCE COMPANY

By_____        By_____
                                   THERESE ORTEGA, ATTORNEY-IN-FACT

28 :4 Wd 71 7Ar £002
RECEIVED
DC GOVERNMENT

Change Rider F 9219G (5/00) (Use for all changes except In Amount of Bond)

000060

# ARTICLES OF INCORPORATION
## OF
### GUINEX INTERNATIONAL, INC.

TO: 

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATIONS DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

We, the undersigned natural persons of the age of eighteen years or more acting as incorporators of a corporation under the BUSINESS CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 3, as amended, adopt the following Articles of Incorporation:

**FIRST:** The name of the corporation is GUINEX INTERNATIONAL, INC. (Hereinafter, The Corporation).

**SECOND:** The period of its duration is perpetual.

**THIRD:** The purpose for which the corporation is organized is: to transmit money from the United States for delivery to various parts of the world and other such related lawful business.

**FOURTH:** The aggregate number of common shares which the corporation is authorized to issue is one hundred thousand shares.

**FIFTH:** The Corporation will not commence business until at least one thousand dollars ($1,000) has been received as initial capitalization.

**SIX:** There will be limitation or denial to shareholders the preemptive right to acquire additional shares of the corporation.

**SEVENTH:** The internal affairs of the Corporation shall be regulated by the Officers of at the direction of the Board of Directors.

**EIGHTH:** The name of the registered agent and address of the registered office are: Fousseny Sangare, 822 Eight Street, N.E., Washington, D.C. 20002. The business address of the Corporation shall be located at 6856 Eastern Avenue, N.W., Suite 120, Washington, D.C. 20012.

**NINTH:** The number of directors constituting the board of directors is three, and the names and addresses including street and number and zip code of the persons who are to serve as directors until the first annual meeting of shareholders or until successors are elected and shall qualify are:

1.    Aissatou P. Barry

    6856 Eastern Avenue, N.W.

    Suite 204

    Washington, D.C. 20012

2.    Fousseny Sangare

    822 Eight Street, N.E.

    Washington, D.C. 20002

3.    Alhaji Mustafa Jabbie

    1405 Somerset Place, N.W., #A5

    Washington, D.C. 20011

**TENTH:** The names and addresses, including street and number of the incorporator are

1.    Aissatou P. Barry

    6856 Eastern Avenue, N.W.

    Suite 204

    Washington, D.C. 20012

2.    Fousseny Sangare

    822 Eight Street, N.E.

    Washington, D.C. 20002

DATED this August 16, 1999.    *Marva R. Beasley 8-16-99*

    *Notary Public*

My Commission Expires April 30, 2003

**FR-500** COMBINED BUSINESS TAX REGISTRATION APPLICATION  DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF TAX AND REVENUE

## PART I — GENERAL INFORMATION

1(a) Federal Employer Identification Number  5 2 – 2 1 8 6 4 3 2    2. Business Code/SIC Number  8 9 9 9

1(b) D. C. Business Tax Registration Number, if granted  ☐☐☐☐☐☐ – ☐☐☐

**3. Reason for application: (please check)**

- ☒ New business
- ☐ Additional location
- ☐ Purchased existing business
- ☐ Name change
  (attach corporation amendment)
- ☐ Legal form change
- ☐ Street vendor
- ☐ Household/domestic
- ☐ Address change
- ☐ Merger (att. merger agree.)
- ☐ Heating oil company
- ☐ Utility company
- ☐ Other (describe)

**4. Legal form of business (please check) :**

- ☐ Corporation
- ☐ Sole proprietor
- ☐ Limited Liability Company
- ☐ General partnership
- ☐ Limited liability partnership
- ☐ Limited partnership
- ☐ Household/domestic
- ☐ Joint venture
- ☐ Other (specify)

State of Incorporation  DC  Mo. 8  Day 16  Yr 99

5. Business Name (Individual, Partnership, Corporation)
GUINEX INTERNATIONAL, INC.

6. Trade Name (if different from Line 5)

7. Business Address (*P.O. Box not acceptable unless located in a Rural Area*)
6856 EASTERN AVENUE NW. SUITE 120
WASHINGTON, DC. 20012

8. Mailing Address
"SAME"

| 9. Local Business Phone No. | 10. Main Office Phone No. | 10.a FAX No. | 11. Date present business commenced in D.C. |
|---|---|---|---|
| (202) 723-7314 | ( ) | (202) 723-7318 | Mo. 9  Day 01  Yr. 99 |

**12 NAME, TITLE, HOME ADDRESS, SOCIAL SECURITY NUMBER OF PROPRIETOR, PARTNERS OR PRINCIPAL OFFICERS**

| Name and Title | Home Address | Zip Code | Social Security Number |
|---|---|---|---|
| AISSATOU P. BARRY-President | 11700 OLD COLUMBIA PIKE, SILVER SPRG MD. 20906 | | 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 |
| Name and Title | Home Address | Zip Code | Social Security Number |
| | | | |
| Name and Title | Home Address | Zip Code | Social Security Number |
| | | | |

## PART II — Franchise Tax Registration

13. Indicate your profession, principal business activity or service (for example, retail grocery, wholesale auto parts, barber shop, doctor, contractor, landscaper, etc.)  MONEY TRANSMISSION

14. Do you or will you have an office, warehouse, or other place of business in D.C., or a representative with a District of Columbia location?  ☒ Yes  ☐ No

15. Do you or will you have merchandise stored in a public or private warehouse in D.C.?  ☐ Yes  ☒ No

16. Do you or will you perform in D.C. personal services (medical, accounting, consulting); or other services such as electrical, heating, construction, etc., or installations or repairs of any type?  ☐ Yes  ☒ No

17. Do you or will you derive any business related income from D.C. sources?  ☐ Yes  ☒ No

18. Do you or will you have rental property in D. C.?  ☐ Yes  ☒ No   19. Date converted to rental property  Mo. ____ Day ____ Yr. ____

20. Date on which your taxable year ends:  Month  DECEMBER  Day  31  Year 1999.

21. Describe fully ALL your current or expected business activities within D.C.
TRANSMIT MONEY FROM THE U.S. AND VARIOUS PARTS OF THE WORLD

## — INCOMPLETE APPLICATIONS WILL BE RETURNED —

## PART III — Employer's D.C. Withholding Tax Registration

22. Estimated total number of employees _____ 0 _____

23. Number of D. C. resident employees subject to D.C. Withholding Tax: _____ 0 _____

24. Date when you began to employ D.C. resident(s) ____-____-____
    mo. day yr.

Date when you began to withhold D.C. tax from resident employees ____-____-____
mo. day yr.

25. Estimate amount of D.C. tax to be withheld monthly from D.C. resident employees: $0

26. Will you have employee(s) working within D.C.?
    ☐ Yes  ☒ No.

## PART IV — Sales and Use Tax Registration

27. Check applicable block(s) below:

☐ Reporting Sales Tax on retail sales or rentals.
☐ Reporting Use Tax on items purchased tax free inside/outside D.C.
☐ Purchasing in D.C. items for resale outside D.C. (Attach photocopy of state/county sales tax registration.)
☐ Purchasing in D.C. cigarettes for resale outside D.C. (Attach photocopy of state/county cigarette/tobacco license).
☐ Making no taxable sales and tax is paid to vendors in all taxable purchases.
☐ Making exempt sales where a Certificate of Resale is issued.

28. Date when sales began in D.C. ____-____-____
    mo. day yr.

29. If you have more than one place of business where you collect taxes on sales in the District of Columbia, do you wish to file a Consolidated Sales Tax Return for all locations?    ☐ Yes  ☒ No
Please attach a statement listing any additional places of business.

## PART V — Personal Property Tax Registration

Describe the type of Personal Property at each location (ex. furniture, fixtures, machinery equipment and supplies)

*FURNITURE & MACHINERY EQUIPMENT*

I declare under penalties as provided by law that this application (including accompanying schedules and statements) has been examined by me and to the best of my knowledge and belief it is true, correct and complete.

x _____    President    08-17-99
Signature    Title    Date

COMPLETE APPLICATIONS MUST BE SIGNED BY EITHER OWNER, PARTNER OR PRINCIPAL OFFICER OF CORPORATION, OR AGENT, (Power of Attorney must be attached)

### OFFICIAL USE ONLY

| Type Tax | Date Lia. began | Cycle | Method | Remarks |
|---|---|---|---|---|
| H | | | | |
| J | | | | |
| W | | | | |
| S | | | | |
| R | | | | |
| P | | | | |

Reviewer/Date

Date Data Entered/Initials

000064

**Department of Insurance, Securities
And Banking**
810 First Street NE
Washington, DC 20002
Phone: (202) 442-7805
Fax: (202) 535-1197



# Fax

| | | | |
|---|---|---|---|
| **To:** | Pam Lee | **From:** | Shirley Roy |
| **Fax:** | (703) 471-7951 | **Pages:** | 12     including cover |
| **Re:** | Copy of Guinex File | **Date:** | 9/29/04 |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

**Message:** I am sending the file in three (3) faxes to make sure they go through.

COMPLETE THIS PART IF ANY OF YOUR EMPLOYEES WORK IN THE DISTRICT OF COLUMBIA

## PART VI — Unemployment Compensation Tax Registration

**IMPORTANT:** Although some information has already been requested in Part I, it is necessary that Part VI, Unemployment Compensation Tax Registration be completed by all applicants who have employees working in the District. Part VI will be processed separately from Parts I through V. For more information call (202) 724-7472.

**1. Federal Employer Identification Number**

**2. Previously assigned Unemployment Insurance Number** *(if applicable)*

**3. Type of ownership** *(check one)*

- [ ] Sole Proprietor
- [ ] Partnership
- [ ] Joint venture
- [ ] Corporation
- [ ] Household/domestic
- [ ] Limited liability company
- [ ] Limited liability partnership
- [ ] Other (specify) _____

If Incorporated, enter:

State _____ Date _____
Mo.  Day  Yr.

**Reason for applying:**

- [ ] New Business
- [ ] Merger (attach merger agreement)
- [ ] Household/domestic
- [ ] Name Change (attach corporation amendment)
- [ ] Change of Entity
- [ ] Reorganization
- [ ] Additional location
- [ ] Purchased existing business
- [ ] Other (specify) _____

**4. Describe in _detail_ your business activity and/or major source of sales that generate sales and use tax; specify the product manufactured and/or sold, or the type of service performed.** *(Omission of this information may result in a delay of your status determination.)*

**5. Entity Name**

**6. Trade Name** *(if different from line 5)*

**7. Street Address of D.C. Business or D.C. Worksite** *(P.O. Box is not acceptable)*

**8. Mailing Address for ALL Returns**

**9. Electronic Means of Communication** (Leave blank if not applicable)

- [ ] Local Voice Number _____
- [ ] Local Fax Number _____
- [ ] Main Office Voice Number _____
- [ ] Main Office Fax Number _____
- [ ] E-mail Address _____
- [ ] Website Address _____

**10. Owner, officer, or agent responsible for reporting and remitting unemployment taxes:**

Name _____

Title _____

Voice No. _____ Fax No. _____

**11. List Proprietor, Partners, or Principal Officers**

| Name and Title | Address | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**— COMPLETE REVERSE SIDE —**

000066

## PART III ---- Employer's D.C. Withholding Tax Registration

| | |
|---|---|
| 22. Estimated total number of employees _____0_____ | 23. Number of D. C. resident employees subject to D.C. Withholding Tax: ____0____ |
| 24. Date when you began to employ D.C. resident(s) ____-____-____  mo.  day  yr.  Date when you began to withhold D.C. tax from resident employees ____-____-____  mo.  day  yr. | 25. Estimate amount of D.C. tax to be withheld monthly from D.C. resident employees:  $0 |
| | 26. Will you have employee(s) working within D.C.?  ☐ Yes  ☒ No. |

## PART IV — Sales and Use Tax Registration

27. Check applicable block(s) below:

☐ Reporting Sales Tax on retail sales or rentals.
☐ Reporting Use Tax on items purchased tax free inside/outside D.C.
☐ Purchasing in D.C. items for resale outside D.C. (Attach photocopy of state/county sales tax registration.)
☐ Purchasing in D.C. cigarettes for resale outside D.C. (Attach photocopy of state/county cigarette/tobacco license).
☐ Making no taxable sales and tax is paid to vendors in all taxable purchases.
☐ Making exempt sales where a Certificate of Resale is issued.

28. Date when sales began in D.C. ____-____-____  mo.  day  yr.

29. If you have more than one place of business where you collect taxes on sales in the District of Columbia, do you wish to file a Consolidated Sales Tax Return for all locations?   ☐ Yes  ☒ No
Please attach a statement listing any additional places of business.

## PART V — Personal Property Tax Registration

Describe the type of Personal Property at each location (ex. furniture, fixtures, machinery equipment and supplies)

FURNITURE & MACHINERY EQUIPMENT

I declare under penalties as provided by law that this application (including accompanying schedules and statements) has been examined by me and to the best of my knowledge and belief it is true, correct and complete.

| Signature | Title | Date |
|---|---|---|
| _K_ | President | 08-17-99 |

COMPLETE APPLICATIONS MUST BE SIGNED BY EITHER OWNER, PARTNER OR PRINCIPAL OFFICER OF CORPORATION, OR AGENT, (Power of Attorney must be attached)

### OFFICIAL USE ONLY

| Type Tax | Date Lia. began | Cycle | Method | Remarks |
|---|---|---|---|---|
| H | | | | |
| J | | | | |
| W | | | | |
| S | | | | |
| R | | | | |
| P | | | | |
| Reviewer/Date | | | | |
| Date Data Entered/Initials | | | | |

000067

# NOTICE OF BUSINESS TAX REGISTRATION

Date of Notice: June 13, 2003

Notice Number: 1026170030606

GUINEX INTERNATIONAL INC
6856 EASTERN AVE NW STE 120
WASHINGTON, DC 20012-2165

EIN: 52-2186432

You have been registered for the tax(es) shown below.  Your filing basis has been determined as shown.  It is important that the Employer Identification Number referenced above be used on all correspondence and returns.

| TAX TYPE | ACCOUNT ID | FILING FREQUENCY | TAX YEAR END |
|---|---|---|---|
| CORPORATE FRANCHISE TAX | - | ANNUAL | FY12 |
| PERSONAL PROPERTY TAX | - | ANNUAL | FY06 |

Any tax returns currently due are enclosed with this notice.  Tax returns that are due in the future will be mailed separately to you prior to the due date.  If you have tax returns that are delinquent, you will be notified by the Office of Tax and Revenue.

If applicable you will also be registered for Unemployment Compensation Taxes and will be contacted by the Office of Unemployment Compensation regarding your filing requirements.  Any questions concerning your liability for Unemployment Compensation may be answered by calling (202) 724-7457.

A Declaration of Estimated Franchise Tax (Form D-20 ES or D-30 ES) must be filed by every corporation and unincorporated business whose franchise tax may reasonably be expected to exceed $1,000 for the taxable year.

Should you have any questions please call (202) 727-4TAX (4829) or send correspondence to:

Customer Service Administration
Business Tax Registration Section
P.O. Box 470
Washington, DC 20044

000068

# GREAT AMERICAN INSURANCE COMPANY®

580 WALNUT STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than

THREE

No. 0 13979

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below its true and lawful attorney-in-fact, for it and in its name, place and stead to execute in behalf of the said Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below.

| Name | Address | Limit of Power |
|---|---|---|
| ADRIENNE ORTEGA | ALL OF | ALL |
| ANITA McKAGUE | FOSTER CITY, | UNLIMITED |
| KATHI J. PICK | CALIFORNIA | |

This Power of Attorney revokes all previous powers issued in behalf of the attorney(s)-in-fact named above.

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this   22nd   day of   August   , 2000

Attest

GREAT AMERICAN INSURANCE COMPANY

STATE OF OHIO, COUNTY OF HAMILTON — ss:

On this   22nd   day of   August, 2000   , before me personally appeared DOUGLAS R. BOWEN, to me known, being duly sworn, deposes and says that he resided in Cincinnati, Ohio, that he is the Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated March 1, 1993.

*RESOLVED: That the Division President, the several Division Vice Presidents and Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-In-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract or suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

## CERTIFICATION

I, RONALD C. HAYES, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of March 1, 1993 have not been revoked and are now in full force and effect.

Signed and sealed this   20TH   day of   JUNE   , 2003

GUINEX INTERNATIONAL, INC.                          108
202-723-7314                                  RECEIVED
6856 EASTERN AVE NW, STE 2A                   DC GOVERNMENT
WASHINGTON, DC 20012-2155                     Date 6/6/03

Pay to the          DEPT OF BANKING (DBFI)
Order of    DC Treasurer                      $ 500 —

            Five Hundred                      Dollars

**Bank of America.**

For 06's license

RECEIVED
DC GOVERNMENT
DEPT OF BANKING (DBFI)
2003 JUN -6 PM 1: 18

000070

GUINEX INTERNATIONAL, INC.    08:99                                    108
202-723-7314
6458 EASTERN AVE NW, STE 201 RECEIVED          Date 6/6/03          7-1/420.140
WASHINGTON, DC 20012-2101 DC GOVERNMENT                              240
                            DEPT OF BANKING (DBFI)
Pay to the
Order of ___ DC Treasurer _____ $ 500 —

One Hundred Dollars 🔒 =====

**Bank of America**

ACH RT 052001633

For SXS Licence

⑆055200⑆2331⑆ 0039395159131⑆ 0408

Recieved 6/6/03

S. Roy

# GUINEX INTERNATIONAL, INC.
## 6856 EASTERN AVENUE, N.W., SUITE 209
## WASHINGTON, D.C. 20012
### TEL: 202- 723-7314
### FAX: 202-723-7318

Guinex International is a District of Columbia corporation for transmission of funds from Washington DC to Conakry- Guinea and Freetown-Sierra-Leone.

The Office is located in NW, Washington, DC in the Takoma Park Metro Center Building.

Our business hours are Monday to Friday from 10:00 am to 6:00 pm and on Saturday from 10:00 am to 5:00 pm. we are closed on Sundays.

For money transfer transaction, several Options are available to our customers:

- They can come to the Office for a walk in transaction.
- Mail a money order payable to Guinex International
- Or, Wire the funds into our Bank of America account in Maryland

Our service is fast and reliable.

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Corporation Act have been complied with and accordingly, this *CERTIFICATE OF REINSTATEMENT* is hereby issued to:

**GUINEX INTERNATIONAL, INC.**

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of the **16th** day of **May , 2003 .**

David Clark
Director

Elizabeth  O. Kim
Administrator
Business Regulation Administration

*Patricia E. Grays*
Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **16th** day of **August, 1999** *Articles of Incorporation of:*

**GUINEX INTERNATIONAL, INC.**

**WE FURTHER CERTIFY** that the above named corporation is in **Good Standing** and duly incorporated and existing according to the records of Corporations Division, having filed all reports as required by the District of Columbia Business Corporation Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **16th** day of **May, 2003.**

David Clark
DIRECTOR

Elizabeth O. Kim
Administrator
Business Regulation Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

000074



**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION**
**CORPORATIONS DIVISION**

Government
Of the
District of Columbia
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C.

[ ] Domestic Corporation
[ ] Foreign Corporation

## STATEMENT OF CHANGE OF REGISTERED OFFICE
## OR REGISTERED AGENT OR BOTH
## BY A CORPORATION

1. The name of the corporation is:

GUINEX INTERNATIONAL INC.,

2. The address of the CURRENT registered office as shown in the records of the District of Columbia's Corporations Division is: (Please provide street address, city, state and zip code. The address must be in the District of Columbia.)

808 Eighth Street NE Washington, DC 2002

3. A. The address of the NEW registered office is: (please provide street address, city, state and zip code.  The address must be in the District of Columbia).

3115 Georgia Avenue NE #4 Washington, DC 20010
Or B. The registered office address will not change.

4. The name of the CURRENT registered agent as shown in the records of the District of Columbia's Corporations Division is

FOUSSENY SANGARE

5. A. The name of the NEW registered agent is

CHRISTOPHER TIMI

Must attached a letter of consent from the new registered agent using the form supplied for this purpose by The District of Columbia's Corporations Division.
Or B. The registered agent will not change.

6. Following the changes shown above, the address of the registered office and the address of the
Registered agent will continue to be identical, as required by law.

7. Change was authorized by resolution duly adopted by Board of Directors or by officers of the corporation duly empowered to make such change.

Ai Satou Pita Bang
President or Vice President
Attest  Muriel Tshita M.
Secretary or Asst. Secretary
DATE: 5/15/ 2003

FILE
MAY

000075



**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION**
**CORPORATIONS DIVISION**
**941 NORTH CAPITOL STREET, N.E.**
**WASHINGTON, D.C. 20002**

Government
of the
District of Columbia

# WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:
The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

## (A) BY A DISTRICT OF COLUMBIA RESIDENT
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41
I,

_____CHRISTOPHER_____Timi___

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered
Agent For:

___GUINEX___INTERNATIONAL,___INC·___

Name of Business

SIGNATURE OF REGISTERED AGENT

_____

DATE: ____5/14/03____

## (B) BY A LEGALLY AUTHORIZED CORPORATION
THE CORPORATION HEREIN NAMED IS:

_____

An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of
its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as
Registered Agent
For:

_____

NAME OF COMPANY
SIGNATURE: _Aissatou P. Barry_ OF PRESIDENT OR VICE-
PRESIDENT
ATTEST: _Model Tchida M_ OF SECRETARY OR ASSISTANT
SECRETARY
DATE: ___5/15/03___

185939

District of Columbia Government
Department of Consumer and Regulatory Affairs
Building and Land Regulation Administration/Zoning Division
P.O. BOX 37200 — Washington, D.C. 20013-7200

## CERTIFICATE OF OCCUPANCY

Permission is hereby granted to **GUINEX INTERNATIONAL**

to use suite(s) **120** on the **FIRST** floor(s)

of the building located on lot(s) **814** square **33.9** for the following

known as premises **6856 EASTERN AVE N.W.**

purpose(s) **MONEY TRANSMISSION TO AFRICA OFFICE**

**NOT SEXUALLY ORIENTED**

BZA #                    EXPIRATION DATE **[    ]**

ZONE **CZA**            FEE **$32.00**            JORDAN

8/16/99

By

THIS CERTIFICATE SHALL BE POSTED CONSPICUOUSLY ON THE ABOVE PRE-
MISES AT ALL TIMES.  IT IS VALID INDEFINITELY, unless an expiration date is
stated, ONLY for the premises or part thereof, and for the purpose(s) indicated
above, and IS NOT TRANSFERABLE to another person, or premises under ANY
conditions.  ANY CHANGE in the type of business, ownership of business, or part
of premises used thereof, will render this Certificate VOID and a NEW Certificate
must be obtained.

★★★
BLRA-17
(Rev 12/95)

000077

S        D.C. GOVERNMENT
OTR/DCRA CASHIER OFFICE
941 N. CAPITOL ST NE
WASHINGTON, DC 20002
202-727-1000

Store # 0001        Receipt # 003618
Reg. # 0        05/16/03 at 14:15
Cash In Clk# 11    Sale Clk# 11
--------------------------------------
EB23001211   OTHER BUS. LIC. PERMITS
0    1 @ $ 1,235.00    $ 1,235.00
=========
Sub-Total $   1,235.00
Tax $      0.00
=========
Total Sale $   1,235.00
--------------------------------------

Check Amount $   1,235.00
=========
Change Due $      0.00

THANK YOU AND HAVE A NICE DAY

S        D.C. GOVERNMENT
OTR/DCRA CASHIER OFFICE
941 N. CAPITOL ST NE
WASHINGTON, DC 20002
202-727-1000

Store # 0001        Receipt # 003620
Reg. # 0        05/16/03 at 14:18
Cash In Clk# 11    Sale Clk# 11
--------------------------------------
EB23001211   OTHER BUS. LIC. PERMITS
0    1 @ $   15.00    $   15.00
=========
Sub-Total $     15.00
Tax $      0.00
=========
Total Sale $     15.00
--------------------------------------

Cash Amount $     20.00
=========
Change Due $      5.00

THANK YOU AND HAVE A NICE DAY

Receipts Issued when
App filed on 5/16/03.

Paul Rosmon
5/7-05
11:45 Am

# MAY (INDIA) LABORATORIES PVT.LTD.

"NARBAVI" No.3, Lakshmanan Street, T.Nagar, Chennai - 600 017. Tamilnadu. India
Phone : + 91-44-28156905 / 28156653 Fax : +91-44-28154952
E-mail : mayind@vsnl.net

08-12-2004

TO GUINEX INTERNATIONAL INC,
6856 Eastern Ave N.W #120 Washington DC 20012
Tel :(202) 723 7314
Kind Attn : Mme Barry

Dear Madam,

Please note that we have not recd. the amount of 60,000 USD transferred to our A/c vide your fax message dated 08.11.2004. we are having acute financial problems for us some.

We request you to arrange the transfer immediately to our account in India, or please instruct your Conakry branch (Guinea) to handover the money to us. We shall be highly obliged for your prompt action.

Thanks & regards,

For M/s (...D. R. MISRA)
Director - May (India) Lab. Pvt Ltd.

Director.

No.19, Chinnapuliyur village, Gummdipoondi Taluk, Tiruvallur District - 601201.Tamilnadu. INDIA
Telefax : +91-4119-240274

PLEASE TYPE OR
PRINT CLEARLY

# CHEVY CHASE BANK
## WIRE TRANSFER REQUEST

DATE: _____ 11-08-04
BRANCH NO.: _____ 707
BRANCH RC: _____

Chevy Chase Bank, ("CCB") is authorized to execute the following wire transfer:

U S DOLLAR AMOUNT: $ _____ $60,000.00 _____     CLOSEOUT?  ☐ YES  ☑ NO

AMOUNT (printed): SIXTY THOUSAND AND 00/100************************************DOLLARS**

CCB CUSTOMER NAME: GUINEY INTERNATIONAL INC

CCB CUSTOMER ADDRESS: 5856 EASTERN AVE NE STE 209

WASHINGTON, DC 20012

CCB CUSTOMER ACCOUNT#: 005-437675 1

**RECEIVING BANK INFORMATION**

ABA#: 060000000

BANKING NAME & ADDRESS: THE CATHOLIC SYRIAN BANK LTD MOUNT, RD BR

CITY, STATE, COUNTRY: CHENNAI, INDIA

INTERMEDIARY BANK: HSBC BANK, NEW (DPF, NO 021001088
(INCLUDE CITY, STATE, COUNTRY)

**BENEFICIARY INFORMATION (FOR CREDIT TO)**

BENEFICIARY NAME: MAY (INDIA) LABORATORIES PVT LTD

BENEFICIARY'S ADDRESS: MOUNT RD BRANCH

CHENNAI, INDIA

BENEFICIARY'S ACCOUNT#: 000038500

SPECIAL INSTRUCTIONS: FROM GUINEY INT INC

SWIFT CODE CSYBINBB

**CUSTOMER ACKNOWLEDGES THAT:**
1 This request is governed by the provisions concerning wire transfers contained in CCB's current Rules and Regulations Brochure.
2 Any wire request received after 1:00 P.M. will not be processed until the following business day.
3 CCB cannot guarantee that the receiving bank will actually receive and/or act upon any wire transfer in a timely manner. Action on special instructions cannot be guaranteed.
4 CCB is authorized by the customer to debit his/her account for the amount of this wire transfer and any fees and expenses incurred in connection with the execution of this request
5 The information above is correct and complete.
6 International Wire Transfers: A) In general, international wires will be processed and transmitted in the home currency of the receiving bank unless you designate the beneficiary's account is a U.S. dollar designated account below. B) Due to bank fees and currency market fluctuations, wires which are returned to CCB for any reason may reflect a greater or lesser amount than the original wire.

Fee $38.00

U.S. Dollar Designated Account: AB  Yes  OR  _____ No
                                (Initial)      (Initial)

(202) 723-7314

_____          _____
Customer Authorization          Customer Authorization





**CLASSIC SETTLEMENTS**
*Papagjika & Associates*

A  Settlement Statement
U S Department of Housing and Urban Development
OMB No. 2502-0265

| B TYPE OF LOAN | | |
|---|---|---|
| 1 ☐FHA    2 ☐FmHA   3 ☐Conv. Unins. | | |
| 4 ☐VA     5 ☐Conv. Ins. | | |
| 6 FILE NUMBER 0372817SN | | 7 LOAN NUMBER 300082602 |
| 8 MORTGAGE INSURANCE CASE NUMBER | | |

C Note:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

| | | |
|---|---|---|
| D NAME OF BORROWER: | Esther Abangma | |
| ADDRESS: | 11502 Lockwood Drive #D2, Silver Spring, MD 20904 | |
| E NAME OF SELLER: | Aissatou P Barry | |
| ADDRESS: | 13008 Alpenhorn Way, Silver Spring, MD 20904 | |
| F NAME OF LENDER: | Key Bank USA, National Association | |
| ADDRESS: | 2 Gatehall Drive, Parsippany, NJ 07054 | |
| G PROPERTY ADDRESS: | 2749 Sweet Clover Court, Silver Spring, MD 20904 | |
| | 05-02568896, Lot 64, Blk 31, "CALVERTON" | |
| H SETTLEMENT AGENT: | Classic Settlements, Inc , Telephone: 301-622-7735 Fax: 301-622-7917 | |
| PLACE OF SETTLEMENT: | 12520 Prosperity Drive, Suite 210, Silver Spring, MD 20904 | |
| I SETTLEMENT DATE: | 12/08/2003 | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100   GROSS AMOUNT DUE FROM BORROWER: | | 400   GROSS AMOUNT DUE TO SELLER: | |
| 101   Contract sales price | 277,250.00 | 401   Contract sales price | 277,250.00 |
| 102   Personal Property | | 402   Personal Property | |
| 103   Settlement charges to borrower (line 1400) | 10,786.26 | 403 | |
| 104 | | 404 | |
| 105 | | 405 | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 107   County taxes  12/08/03 to 12/31/03 | 128.21 | 407   County taxes   12/08/03 to 12/31/03 | 128.21 |
| 109   F.F.B.C | | 409   F.F.B.C | |
| 110   HOA Adjust  12/08/03 to 12/31/03 | 47.34 | 410   HOA Adjust   12/08/03 to 12/31/03 | 47.34 |
| 111 | | 411 | |
| 112 | | 412 | |
| 120   GROSS AMOUNT DUE FROM BORROWER: | 288,211.81 | 420   GROSS AMOUNT DUE TO SELLER: | 277,425.55 |
| 200   AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500   REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201   Deposit or earnest money | 5,000.00 | 501   Excess Deposit (see instructions) | |
| 202   Principal amount of new loans | 277,250.00 | 502   Settlement charges to seller (line 1400) | 14,570.25 |
| 203   Existing loan(s) taken subject to | | 503   Existing loan(s) taken subject to | |
| 204 | | 504   Payoff/0030094 | 158,470.24 |
| | | National City Mortgage Co. | |
| 205   Y | | 505 | |
| 206 | | 506 | |
| 207 | | 507   Water Escrow | 200.00 |
| 208 | | 508   Release Prep./Payoff Verif | 110.00 |
| | | Classic Settlements, Inc. | |
| 209 | | 509   Record Release Fee | 50.00 |
| | | Classic Settlements, Inc. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213   F.F.B.C  07/01/03 to 12/08/03 | 148.80 | 513   F.F.B.C   07/01/03 to 12/08/03 | 148.80 |
| 214 | | 514 | |
| 215 | | 515 | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219 | | 519 | |
| 220   TOTAL PAID BY/FOR BORROWER | 282,398.80 | 520   TOTAL REDUCTION AMOUNT DUE SELLER | 173,549.29 |
| 300   CASH AT SETTLEMENT FROM OR TO BORROWER | | 600   CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301   Gross amount due from borrower (line 120) | 288,211.81 | 601   Gross amount due to seller (line 420) | 277,425.55 |
| 302   Less amounts paid by/for borrower (line 220) | 282,398.80 | 602   Less reduction amount due seller (line 520) | 173,549.29 |
| 303   CASH FROM BORROWER | 5,813.01 | 603   CASH TO SELLER | 103,876.26 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

File Number: 0372817

PAGE 2

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $277,250.00 @ 4.000 = 11,090.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $ 8,317.50 to Fairfax Realty, Inc. | | |
| 702. $ 2,772.50 to Re/Max Home Center | | |
| 703. Commission paid at Settlement | | |
| 704. $ 5,000.00 POC. Earnest Money retained as part of commission by Fairfax Realty, Inc. | | 6,090.00 |
| 705. Marketing Fee to Re/Max Home Center | | 5,000.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | 350.00 |
| 801. Loan Origination Fee ½ Key Bank USA, National Association | | |
| 802. Loan Discount ½ | 620.00 | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Tax Service Fee | | |
| 806. Flood Certification | | |
| 807. Processing Fee & Credit Report to Olde Town Mortgage Corp. | | |
| 808. Document Preparation | 513.00 | |
| 809. Underwriting Fee | | |
| 810. Mortgage Broker Fee to Olde Towne Mortgage Corp. | | |
| 811. | 2,772.50 | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From 12/08/2003 to 01/01/2004 @$ 55.0700 /day 24 Days | 1,321.68 | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for to | | |
| 904. | | |
| 905. Yield Spread from Key Bank to Olde Towne Mortgage Corp. $2,772.50 POC by Lender | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance mo. @ $ /mo | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | |
| 1003. City Property Taxes mo. @ $ /mo | | |
| 1004. County Property Taxes mo. @ $ 162.50 /mo | | |
| 1005. Annual Assessments mo. @ $ /mo | | |
| 1006. Aggregate Analysis Adjustment | | |
| 1100. TITLE CHARGES | 0.00 | 0.00 |
| 1101. Settlement or closing fee to Classic Settlements, Inc. | | |
| 1102. Abstract or title search to Classic Settlements, Inc. | 295.00 | 195.00 |
| 1103. Title examination to Classic Settlements, Inc. | 197.50 | |
| 1104. Title Binder Preparation to Classic Settlements, Inc. | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's fees | | |
| (Includes above Items No: ) | | |
| 1108. Title Insurance to First American Title Insurance Company | 1,175.80 | |
| (Includes above Items No: ) | | |
| 1109. Lender's Policy 277,250.00 - 817.20 | | |
| 1110. Owner's Policy 277,250.00 - 358.60 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $ 40.00 ; Mortgage $ 40.00 ; Release $ | 80.00 | |
| 1202. State Recordation Tax Deed $ 1,569.75 ; Mortgage $ | 784.88 | 784.87 |
| 1203. FTHB State Transfer Tax Deed $ 693.13 ; Mortgage $ | 693.13 | |
| 1204. County Transfer Tax Deed $ 2,772.50 ; Mortgage $ | 1,386.25 | 1,386.25 |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey to Classic Settlements, Inc. | 195.00 | |
| 1302. Pest Inspection to APCCO Termite & Pest Control Co | 65.00 | |
| 1303. Messenger/Fed Ex/Wire to Classic Settlements, Inc. | 95.00 | 30.00 |
| 1304. Title Commitment Fee to Classic Settlements, Inc. | 50.00 | |
| 1305. December HOA Dues to West farm HOA | | 41.00 |
| 1306. January HOA Fee to West Farm HOA | 60.00 | |
| 307. 2nd Half RE Taxes to Montgomery County, Maryland | 1,144.65 | |
| 308. Set-Up Fee for HOA to Vanguard Managment | 30.00 | |
| 400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 10,786.26 | 14,570.25 |

HUD CERTIFICATION OF BUYER AND SELLER

have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me
t title transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. I agree to further adjustments in the event of errors or omissions and indemnify and hold
ernless Settlement Agent against such error or omissions.

ther Abangma _[signature]_ 12/08/03

_[signature]_ 12/08/03

estew Fy Barry

_[signature]_ Terry Crawford 12/8/03

tlement Agent