# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                :
                                        :
                       v.               :        Criminal Action No.:  05-210 (RMU)
                                        :
AISSATOU PITA BARRY,                    :
                                        :
                       Defendant.       :

                                                          FILED

                        ORDER                           AUG 1 4 2006

It is this 14th day of August 2006,               NANCY MAYER WHITTINGTON, CLERK
                                                         U.S. DISTRICT COURT

       **ORDERED** that the sentencing hearing in the above-captioned case scheduled for

August 15, 2006 is hereby **VACATED** and **RESCHEDULED** for November 6, 2006 at 1:30

pm.

       **SO ORDERED**.


                                        _____
                                                 Ricardo M. Urbina
                                             United States District Judge