UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :    Criminal No. 05-0210 (RMU)

AISSATOU PITA BARRY            :

    Defendant                  :

### DEFENDANT'S SUPPLEMENTAL SENTENCING EXHIBITS

Defendant attaches hereto as Exhibit 1 medical records from Holy Cross Hospital and the Montgomery County Infants and Toddlers Program related to the twins Defendant gave birth to prematurely on February 9, 2006.

Respectfully submitted,

RICHARD A. FINCI, #389841
HOULON, BERMAN, BERGMAN, FINCI
AND LEVENSTEIN, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of Nov., 2006, I mailed, postage prepaid, a copy of the foregoing Defendant's Supplemental Sentencing Exhibits to:

Angela G. Schmidt, Esquire
Assistant United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

RICHARD A. FINCI, #389841