

**HOLY CROSS HOSPITAL**

Experts in Medicine. Specialists in **DISCHARGE SUMMARY**

**NAME:** Barry, Ibrahim twin B                **SEX:** Male   **MR#:** 1193435

**DATE OF BIRTH:** 2/9/06        **GESTATIONAL AGE:** 31 1/7 weeks

**DATE OF ADMISSION:** 2/9/06    **BIRTHWEIGHT:** 1659 grams

**DATE OF DISCHARGE:** 3/5/06    **DISCHARGE WEIGHT:** 1976 grams

**FINAL ACTIVE DIAGNOSES:**
Preterm male newborn, now 34 weeks gestation

**FINAL RESOLVED DIAGNOSES:**
Respiratory distress syndrome
Possible sepsis
Hypermagnesemia
Hypoglycemia
Hyperbilirubinemia, O/A setup
Prematurity
Feeding Problems
Elevated Alkaline Phosphatase

**PROCEDURES:**
Umbilical artery catheterization 2/9/06-2/10/06
Umbilical vein catheterization 2/9/06- 2/17/06
Endotracheal intubation 2/9/06

Ventilator days: 0     Jet Ventilator days: 0      CPAP days: 2
Time of First dose of Surfactant: 10 minutes

**ATTENDING NEONATOLOGIST:**
    Janel Hino, MD
    Holy Cross Hospital
    1500 Forest Glen Rd.
    Silver Spring, MD  20910
    301 754-7600

**PEDIATRICIAN:**
    Pamela Parker, MD
    12301 Old Columbia Pike, #300        } Follow-up
    Silver Spring, MD  20904             } Appointment
    301-625-2800                         } on 3/7/06
    Fax- 301-625-9046

HSO-061 (10/03)



**HOLY CROSS HOSPITAL**
Experts in Medicine. Specialists In Caring

### OBSTETRICIAN:
Barbara Butler, MD
15215 Shady Grove Road, #300
Rockville, MD 20850
301-424-3444

### PERINATAL/ADMISSION HISTORY:
Baby Boy Barry Twin B is the 1659 gram product of a 31 1/7 week gestation to a 38 year old, G4P1021, O+, African woman. Prenatal labs include GBS unknown, RPR NR, HbSAg neg, HIV neg, Rubella immume. History significant for preterm labor treated with terbutaline and treated with betamethasone three weeks ago.
   Mother admitted on the day of delivery with worsening preterm labor and placed on magnesium. Contractions continued. Infant delivered via c/s with spinal anesthesia. ROM at delivery for clear fluid. Infant limp and slightly cyanotic at delivery. Handed to warmer, dried, suctioned. Infant passed to warmer and was given BBO2 and dried and suctioned. Infant unable to wean from FiO2. Infant electively intubated at 10 minutes of age and given in and out curosurf with a good response. Infant transferred to the NICU in a heated isolette with BBO2. APGAR's were 6 at one minute, 8 at five minutes.

### PROBLEMS AT HOLY CROSS HOSPITAL:
**Nutrition:** Infant had a UVC placed on admission. TPN was started on DOL #2 and continued until DOL# 7. Enteral feeds were started on DOL#1 and reached full feeds on DOL# 8. Required gavage feeds until DOL# 18. He had an elevated alkaline phosphatase of 793 on DOL# 12 and was changed to 24 calorie premature formula and added polyvisol w/o iron. A follow-up alkaline phosphatase level was 269 (normal) on DOL#19.
   Baby is discharged home on routine breast feeding.

**Respiratory distress syndrome:** Infant received Curosurf in the delivery room. Initial chest x-ray was hazy bilaterally but well inflated. Infant was weaned from nasal CPAP to a high flow nasal canula on DOL#1 and weaned to room air on DOL# 3. He has remained stable on room air throughout the rest of his hospitalization.- problem resolved

**Possible sepsis:** Admission sepsis work up with a negative GBS and a benign CBC. Blood culture was negative and he received 4 days of Ampicillin and Gentamicin. The placental pathology showed no chorio. – problem resolved

**Hypermagnesemia:** Initial Mag level was 2.6 and was normalized by DOL #2.

**Transient Hypoglycemia:** Required D10 bolus x 2 on his day of birth. No persistent hypoglycemia

**Hyperbilirubinemia, O/A setup:** DAT negative. Infant with a bili of 8.5 on DOL #2, phototherapy was started and continued until DOL# 4. The last bili was 5.6 on DOL# 7.



**HOLY CROSS HOSPITAL**
Experts in Medicine Specialists in Caring

**Heme**- hct at time of discharge = 34%. ;Baby will be discharged on Polyvisol with iron.
Platelet count at time of discharge = 512,000. Baby will be discharged on Vitamin E

CONDITION AT DISCHARGE:
  Feedings: Breast feed on demand
  Latest labs: Hct = 34%, Platelets = 512,000
  Maryland metabolic screening: 2/9/06: IMF  2/12/06: normal  2/19/06: normal
  Hearing Screen: Passed
  Eye exam: Not indicated
  Cranial sono: 2/17/06: normal
  Vaccinations: Hepatitis B Vaccine #1 given on 3/3/06
  RSV Prophylaxis: Synagis dose #1 2/17/06

DISCHARGE PHYSICAL EXAM:
Head Circumference: 31 cms ( 35th %tile)
Length: 46 cms ( 55th %tile)
Physical: normal s/p circumcision

DISCHARGE MEDICATIONS:
    Polyvisol w/o Iron 1 cc po q 24 hours
    Vitamin E, 25 units PO qd

DISCHARGE INSTRUCTIONS/FOLLOW UP:
- Follow-up with Dr. Parker on 3/7 for weight check and baseline exam.
- Home Care nursing visits ordered 2/wk for 2 wks

Date:   3/5/06                    Signature: _____
                                              Attending Neonatologist

HSO-061 (10/03)



**HOLY CROSS HOSPITAL**
Experts In Medicine Specialists **DISCHARGE SUMMARY**

NAME: Barry-A         SEX: Female         MR#: 1193432

DATE OF BIRTH: 2/9/061              GESTATIONAL AGE: 31 weeks

DATE OF ADMISSION: 2/9/06          BIRTHWEIGHT: 1152 gm

DATE OF DISCHARGE: 3/13/06        DISCHARGE WEIGHT: 1970 gm

FINAL ACTIVE DIAGNOSES:    Preterm female newborn, now 36 wks gestation
                           Anemia of prematurity
                           Vitamin E Deficiency

FINAL RESOLVED DIAGNOSES:  Possible sepsis
                           Apnea/bradycardia alarms

ATTENDING NEONATOLOGIST: Steven P. Wyner, MD
    Holy Cross Hospital
    1500 Forest Glen Rd.
    Silver Spring, MD  20910
    301 754-7600

PEDIATRICIAN: Pamela Parker, MD
    12301 Old Columbia Pike, #300
    Silver Spring, MD  20904
    301-625-2800
    Fax- 301-625-9046

OBSTETRICIAN:  Barbara Butler, MD
    15215 Shady Grove Road, #300
    Rockville, MD  20850
    301-424-3444

**PERINATAL/ADMISSION HISTORY:**
Baby girl Barry Twin A is the 1152 gram product of a 31 1/7 week gestation to a 38 YO G4P1021 O+ African woman. Prenatal labs include GBS unknown, RPR NR, HbSAg neg, HIV neg, Rubella immune. History significant for preterm labor treated with terbutaline and treated with betamethasone three weeks ago. Mother admitted today in worsening preterm labor and placed on magnesium and failed within one hour. Infant delivered via c/s with spinal anesthesia. ROM 2 hours prior to delivery for clear fluid.

Infant vigorous at delivery. Handed to warmer, dried, suctioned. Infant was electively intubated at 10 minutes of age and given surfactant (Curosurf) with a good response. Infant extubated in delivery room. Infant transferred to the NICU in a heated isolette in rom air. APGARs were 8 at one minute, 9 at five minutes.



**HOLY CROSS HOSPITAL**

## PROBLEMS AT HOLY CROSS HOSPITAL:
#1- Routine Care
   There was no significant respiratory distress, so small feedings were started at one day of life and were steadily advanced. Baby reached full volume of gavage feedings by 9 days of age. She tolerated nipple feedings well, and reached full nipple feeds by age 24 days. At the time of discharge she was feeding 40-60 cc of unfortified breast milk every 3 hours. Mother hopes to breast feed after discharge

#2- Possible infection - Blood culture was obtained at time of admission and baby was started on ampicillin and gentamicin. Blood culture proved to be neagative and antibiotics were discontinued at 4 days of age. – Problem resolved

#3- Heme - During the course of this prolonged hospitalization, baby developed mild anemia. At the time of discharge, Hct was 28.8%, Retic = 8.7%  Baby will be discharged on polyvisol with Iron. On 3/1, platelet count was noted to be >1,000,000. Baby was started on Vitamin E
   At the time of discharge, platelet count was down to 527,000

#4- Apnea/ Bradycardia - Early in the hospital course, baby had sporadic bradycardia alarms, without significant apnea or desaturations. She did not receive xanthines

## CONDITION AT DISCHARGE:
  Feedings: Breast feed ad lib
  Latest labs: Hct = 28.6%, Retic = 8.7%, Platelets = 527,000
  Maryland metabolic screening: 2/9 = IMF, 2/12- Normal, 2/19- normal
  Hearing Screen: Passed
  Eye exam: Not indicated
  Cranial sono: Normal
  Vaccinations: Hepatitis B vaccine given on 3/3/06
  RSV Prophylaxis: Synagis given on 2/17/06

## DISCHARGE PHYSICAL EXAM:
Head Circumference: 31 CM, Length = 44 cm
Physical: Normal newborn exam, tiny umbilical hernia , Mild excoriation of buttocks

## DISCHARGE MEDICATIONS: Polyvisol with iron , 1cc/day
            Vitamin E- 25 IU/day

## DISCHARGE INSTRUCTIONS/FOLLOW UP:
- Follow-up with Dr. Parker on 3/16/06, for weight check and baseline exam.
  - Mom to call the office and make appointment
- Home Care nursing visits twice/week for 2 weeks

Date:  3/13/06                              Signature: _____
                                            Attending Neonatologist




help me grow

## Montgomery County Infants and Toddlers Program

### FAMILY VISIT NOTES & SUGGESTIONS

**CHILD'S NAME:** Kadiatu Bangura   **DATE:** 7/12/06   **SERVICE(S):** Speech

**TODAY'S VISIT:** Kadiatu seems to have a strong organized suck w/ my gloved finger - She sucked 100 cc (3 oz) - Mother gives Kadiatu a little break ½ way through her feed.

5 months
3 m C.A.

pressure on upper & lower gums

palate

**ACTIVITIES FOR PARENT/CAREGIVER**
- 4-6 months try pureed fruits/vegetables (5-6) from a spoon
- Handouts on peek a boo
  crying
  looking at books
- Fresh Food feeder
- Infadent brush

**ATTENTION OTHER PROVIDERS:** Check on rice cereal to formula ratio -

**CALLS TO BE MADE BY PROVIDER/PARENT** 1-877-428-1244   beyondplay.com

2:00

x ABangura           8/14/06              Judy Schaffer
**PARENT/CAREGIVER**    **NEXT APPOINTMENT**    **SERVICE PROVIDER(S)**
White = Early Intervention Record    Yellow = Family    Pink = Service Provider  MS, CCC/SLP

04/25/2002

K:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC

 

Montgomery County Infants and Toddlers Program

## FAMILY VISIT NOTES & SUGGESTIONS

**CHILD'S NAME:** Kadiatu Bariie   **DATE:** 7-19-06   **SERVICE(S):** OT

**TODAY'S VISIT:** Kadiatu is doing very well. She has lots of practice holding up her head, and putting alot of weight on her forearms and turning over. Mom was shown how to hold Kadiatu's legs so that she can more easily tighten up her tummy muscles which will later help her assume a crawling position. Kadiatu also got a brief relaxation treatment using cranial strategies.

**ACTIVITIES FOR PARENT/CAREGIVER**

1) Hold Kadiatu's legs somewhat inward. Place your hands on her upper thighs. Turn slightly inward.

2) When able, massage her back after she finishes tummy time.

**ATTENTION OTHER PROVIDERS:**

**CALLS TO BE MADE BY PROVIDER/PARENT**

PARENT/CAREGIVER        NEXT APPOINTMENT Aug 2        SERVICE PROVIDER (S) Dolores Drogo OTR/L

White = Early Intervention Record        Yellow = Family        Pink = Service Provider

H:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES.DOC        04/25/2002




## Montgomery County Infants and Toddlers Program

### FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Barrie   DATE: 8/14/06   SERVICE(S): Speech

**TODAY'S VISIT:** Very alert + lots of smiles. Kadiatu continues to gain wt and demonstrates developmental gains.

**ACTIVITIES FOR PARENT/CAREGIVER**
Doris Kissing - DK
While board books + photos
Making Home-made babyfood - search google -

**ATTENTION OTHER PROVIDERS:** Schedule review of speech/feeding outcomes in early Sept. 06

**CALLS TO BE MADE BY PROVIDER/PARENT**

Wed c.w.

X ABarrie                9/13/06                [signature]
PARENT/CAREGIVER    NEXT APPOINTMENT    SERVICE PROVIDER(S)

White = Early Intervention Record   Yellow = Family   Pink = Service Provider

K:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC     04/25/2002




## Montgomery County Infants and Toddlers Program

### FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Bara   DATE: 9-6-06   SERVICE(S): 9-6-06 OT

**TODAY'S VISIT:** Feeding very well. She still needs help to put both hands on the bottle and then can hold it by herself about 30 seconds. She is wanting her toys while lying on back. Mom had questions re feeding.
Even though Kadiatu was sleeping, mom & I had a good conversation. Oops, Kadiatu woke up while writing this note. She is using all her muscles appropriately! Looks terrific.

**ACTIVITIES FOR PARENT/CAREGIVER**
- Practice reaching while prop sitting

www.babycare.com - good website for developmental activities

3/ww ay - Mom is still massaging

**ATTENTION OTHER PROVIDERS:** 

**CALLS TO BE MADE BY PROVIDER/PARENT**
* Reading literacy information

PARENT/CAREGIVER    NEXT APPOINTMENT: 9/20/06 2pm    SERVICE PROVIDER(S)

White = Early Intervention Record    Yellow = Family    Pink = Service Provider

K:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC    04/25/2002




## Montgomery County Infants and Toddlers Program

## FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Barrie    DATE: 9/20/06    SERVICE(S): OT

**TODAY'S VISIT:** Kadiatu was assessed today using the Denver Developmental Screening. She is currently age appropriate in all areas. However, her muscles are still a bit tight, especially her right leg. We worked on exercises to help loosen them.

**ACTIVITIES FOR PARENT/CAREGIVER**

1) Slow rocking of her trunk back-forth while she is on her back.

2) Try to periodically help her legs to be straighter (rather than her preference to have them out to the side) when she is on her tummy & trying to move.

3) Practice brief side-sitting

**ATTENTION OTHER PROVIDERS:**

**CALLS TO BE MADE BY PROVIDER/PARENT**
Flowland Public library. Club/Story time

PARENT/CAREGIVER    NEXT APPOINTMENT 10/4/06 2pm    SERVICE PROVIDER (S)

White = Early Intervention Record    Yellow = Family    Pink = Service Provider

K:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC    04/25/2002





help me grow

Montgomery County Infants and Toddlers Program

# FAMILY VISIT NOTES & SUGGESTIONS

**CHILD'S NAME:** Kadiatu Barrie    **DATE:** 10/4/06    **SERVICE(S):** OT

**TODAY'S VISIT:** Kadiatu is doing very well. She is beginning to push herself back into an all hands and knee position + rock. Super. She is also ready to begin pushing herself into a sitting position. Mom practiced doing this with the therapist. She also has some nice hand skills

**ACTIVITIES FOR PARENT/CAREGIVER**

→ Practice having Kadiatu come from an all 4 (hands - knees position) to a sitting position

→ Begin showing Kadiatu how to clap her hands together

→ Allow her to bang toys on her high chair

**ATTENTION OTHER PROVIDERS:** _____

**CALLS TO BE MADE BY PROVIDER/PARENT** _____

Barry
**PARENT/CAREGIVER**

10/18/06 2pm
**NEXT APPOINTMENT**

**SERVICE PROVIDER (S)** OTR

White = Early Intervention Record    Yellow = Family    Pink = Service Provider

K:\NETOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC    04/25/2002




## Montgomery County Infants and Toddlers Program

### FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Barrie    DATE: 9/13/06    SERVICE(S): Speech

**TODAY'S VISIT:** Kadiatu is accepting rice cereal from a spoon + drank liquid from a bottle 4.5 oz 15 minutes. She continues to gain weight and is very active in her sounds. She looks at pictures in a book and reaches out for toys.

**ACTIVITIES FOR PARENT/CAREGIVER**

- Try sweet potatoes – stage 1
- mashed bananas w/ cereal –
- Cereal – keep it thin + gradually get it thicker

**ATTENTION OTHER PROVIDERS:**

**CALLS TO BE MADE BY PROVIDER/PARENT**

PARENT/CAREGIVER    NEXT APPOINTMENT: 10/9/06    SERVICE PROVIDER(S)

White = Early Intervention Record    Yellow = Family    Pink = Service Provider

04/25/2002



Montgomery County Infants and Toddlers Program

## FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Barrie     DATE: 10/13/06     SERVICE(S): Speech

**TODAY'S VISIT:**
Kadiatu accepts a variety of stage 1 baby food - peas, vegetables, bananas, apple sauce, mixed vegetables. Still takes formula & cereal.

Baby food from a jar - lunch & dinner

**ACTIVITIES FOR PARENT/CAREGIVER**
- Try mixing fruit w/ various types of cereals
- Try stage 2
- Try cooking & mashing fresh carrots or sweet potatoes

www.askdrsears.com

**ATTENTION OTHER PROVIDERS:** 6 month review in Nov. 2006

**CALLS TO BE MADE BY PROVIDER/PARENT**
Coordinate w/ Dolores
2nd Wed

PARENT/CAREGIVER: ABarrie     NEXT APPOINTMENT: 11/8/06     SERVICE PROVIDER(S): MS, CCC/SLP

White = Early Intervention Record     Yellow = Family     Pink = Service Provider

04/25/2002




**Montgomery County Infants and Toddlers Program**

## FAMILY VISIT NOTES & SUGGESTIONS

CHILD'S NAME: Kadiatu Barrie    DATE: 10/18/06    SERVICE(S): OT

**TODAY'S VISIT:** Kadiatu is a very lively girl. She is getting up just about on hands, knees and pulling forward. She is still learning how to clap her hands.

Our primary concern at this point is to help Kadiatu slow down her movements. Help her to learn how to focus a little better.

**ACTIVITIES FOR PARENT/CAREGIVER**

- Deep, slow massage strokes
- When working on doing activities – try to do in a quiet place

**ATTENTION OTHER PROVIDERS:**

**CALLS TO BE MADE BY PROVIDER/PARENT**

X _Barry_    11-1-06 2pm    _[signature]_ OTR
PARENT/CAREGIVER    NEXT APPOINTMENT    SERVICE PROVIDER (S)

White = Early Intervention Record    Yellow = Family    Pink = Service Provider

K:\INFTOD\FORMS\MCITP EIR FORMS\PILOT PROGRAM VISIT NOTES DOC    04/25/2002