Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> AISSATOU PITA BARRY ) | Criminal No. 05-0210 (RMU) |

## NOTICE OF APPEAL

Name and address of appellant:   Aissatou Pita Barry
                                 13008 Alpenhorne Way
                                 Silver Spring, Maryland  20904

Name and address of appellant's attorney:   Richard A. Finci
                                            HoulonBerman
                                            7850 Walker Drive, Suite 160
                                            Greenbelt, Maryland 20770

Offense: (8 U.S.C. §1960 Prohibition of Unlicensed Money Transmitter.

Concise statement of judgment or order, giving date, and any sentence: Judgment in a Criminal Case of November 7, 2006, Sentencing Defendant to 40 months imprisonment.

Name and institution where now confined, if not on bail:   District of Columbia Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

November 15, 2006
DATE                                             APPELLANT

                                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                      YES [XX]   NO [ ]
Has counsel ordered transcripts?                            YES [ ]    NO [XX]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [XX]   NO [ ]