CO-263
Rev. 5/92

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL NO. 05-210 (RMU) |
| vs. | : | MAGISTRATE NO. _____ |
| AISSATOU PITA BARRY | : | |

**FILED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER FOR RETURN OF CASH DEPOSIT

IT APPEARING TO THE COURT that the Seventy Five Thousand Dollars ____ Court Appearance Bond executed in the above-entitled cause on the 18th day of November, 2004, was sentenced on the 6th day of November, 2006.

It is this 22nd day of November, 2006, ORDERED that the cash deposit in the amount of $75,000.00 be returned to c/o Houlon, Bergman, Bergman, Finci & Levenstein, LLC, 7850 Walker Drive, Suite 160 Greenbelt, Maryland 20770 by the Clerk of this Court.

_____
JUDGE

CHECKED BY:

CRIMINAL DIVISION: HSJ on 11/22/06

FINANCE OFFICE: AAL on 11/22/06